# EXHIBIT 7

1              J. PETRONIO

2        UNITED STATES DISTRICT COURT

3      FOR THE DISTRICT OF MASSACHUSETTS

4

5    PEGASYSTEMS INC.

6              Plaintiff

7

8    V.                    Case No.

9                     1:2019cv11461

10   APPIAN CORPORATION AND BUSINESS

11   PROCESS MANAGEMENT, INC.

12             Defendants

13   _____/

14

15

16      REMOTE VIDEOTAPED DEPOSITION OF

17             JOHN PETRONIO

18         Boston, Massachusetts

19         Thursday, July 1, 2021

20

21

22   Reported by:

23   Deborah Roth, RPR-CSR

24   Job No. 196451

25

1                    J. PETRONIO



J. PETRONIO



1              J. PETRONIO


1                    J. PETRONIO

