# EXHIBIT 13

1              J. PETRONIO

2        UNITED STATES DISTRICT COURT

3      FOR THE DISTRICT OF MASSACHUSETTS

4

5   PEGASYSTEMS INC.

6             Plaintiff

7

8   V.                      Case No.

9                        1:2019cv11461

10  APPIAN CORPORATION AND BUSINESS

11  PROCESS MANAGEMENT, INC.

12            Defendants

13  _____/

14

15

16      REMOTE VIDEOTAPED DEPOSITION OF

17             JOHN PETRONIO

18          Boston, Massachusetts

19          Thursday, July 1, 2021

20

21

22  Reported by:

23  Deborah Roth, RPR-CSR

24  Job No. 196451

25

1                    J. PETRONIO

2    start again.

24          Let's see.  What else is there?

25   I'm sorry.  I'm getting tired.  It's a

```
 1                   J. PETRONIO
 2   long day.
 3            Can I take a second to think
 4   about this?  Maybe, can we take a
 5   five-minute break and walk around?
 6     Q.  Yeah.
 7     A.  That would be helpful.
 8            MR. MANGI:  That's fine.  Let's
 9     do five minutes.
10            THE VIDEOGRAPHER:  This is the
11     end of media unit number four.  Off
12     the record, 4:42 p.m.
13            (A recess was taken.)
14            THE VIDEOGRAPHER:  This is the
15     beginning of media unit number five.
16     On the record, 4:51 p.m.
17   BY MR. MANGI:
18     Q.  Mr. Petronio, before the break I had
19   asked are there instances you're aware of
20   where Pega used reports, analyses, white
21   papers or other documents that it had
22   commissioned or paid for in the
23   marketplace without disclosing that it
24   had paid for it?
25            MR. HORVATH:  I object to the
```

```
 1                    J. PETRONIO
 2    form.
 3    A.  Yes.  I'm having trouble recalling
 4  anything but the Sinur report.  So I
 5  don't -- I don't think so.
 6    Q.  Okay.  Let me show you -- you
 7  mentioned a report about JAVA.  Let me
 8  show what I think is that report which is
 9  a report from Capgemini.  Let me put that
10  up.
11            MR. MANGI:  This is going to
12      be, let's see, I think this is going
13      to be Exhibit 32 to your deposition.
14            (Exhibit 32 was marked for
15             identification.)
16            MR. MANGI:  And let's go down a
17      little bit and just let Mr. Petronio
18      have a look at -- why don't you show
19      Mr. Petronio "about the study page."
20      Yeah.
21    A.  Does it say anything about Kanbay
22  here?
23    Q.  Is it possible that Kanbay was a
24  predecessor to Capgemini?  Is that
25  stirring any memories for you?
```

```
 1                    J. PETRONIO
 2      A.  It was a small company that
 3   Capgemini acquired, and it was a
 4   work-for-hire originally.
 5      Q.  Okay.  So is this document, Exhibit
 6   32, a document that you were thinking
 7   about when you started answering my
 8   question before the break?
 9      A.  Yes.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1              J. PETRONIO



4          MR. HORVATH:   I object to the

5      form.

1                    J. PETRONIO

