# EXHIBIT 18



## BPM.com Intelligent Automation Market Study

Intro

Thank you for participating in the 2018 BPM.com Market Survey on experiences and investment plans around Business Process Management and Workflow Automation software platforms.  This is the type of software offered by vendors such as *Appian*, *IBM*, and *Pegasystems*, and may also be referred to as "Intelligent Automation" and "Digital Transformation Platforms." Other vendors include those found in guides such as Garter's report on "Intelligent Business Process Management Suites (iBPMS)." For the sake of simplicity, in this survey we will refer to them as "iBPMS platforms."

The purpose of this confidential research is to help the customers (like you) of solution and platform providers, by capturing a greater understanding of your needs, wants, experiences and objectives. Please note that no third party will ever see your response.  All answers will be anonymous and aggregated.  All answers will be held in the strictest confidence.

The survey will take approximately 15 minutes to complete.  Again all answers will be kept strictly confidential, and all individual responses will be permanently destroyed once the results are compiled. Only aggregated results will be stored and presented.

All respondents will receive a digital copy of "*Digital Transformation*" a new book published by FSI and with a forward from noted author Nathaniel Palmer, as well as the complete set of survey results.

### Question Title
\* 1. Where Are You Located?  0

BPM005056

**Country**

| Please Choose the Country Where You Are Located: | United States, Argentina, Australia, Austria, Belgium, Brazil, Canada, Chile, China, Colombia, Czech Republic, Denmark, France, Germany, Greece, Hong Kong, Hungary, Iceland, India, Indonesia, Ireland, Israel, Italy, Japan, Malaysia, Mexico, Netherlands, New Zealand, Norway, Philippines, Poland, Portugal, Russia, Worldwide |

BPM005057

**Country**

Saudi Arabia
Singapore
South Africa
South Korea
Spain
Sweden
Switzerland
Taiwan
Thailand
Turkey
Tuvalu
United Arab Emirates
United Kingdom

Please Choose the Country Where You Are Located: Country menu

## Question Title

* 2. Please Identify the Industry Segment Which Best Describe Your Organization:  0

Banking or Financial Services
Insurance
Healthcare
Pharma or Biotech
Retail
Federal Government (civilian or defense)
State or Municipal Government-related
Government Contractor
Software/IT Services (other than government contractor)
Telecom (including any/all online services)
Non-Profit or Government-related NGO
Business Services (not IT consulting or SI)
Media or Entertainment
Consumer Products/CPG
Transportation or Logistics
Manufacturing (any/all

BPM005058

sectors
Energy or Mining
Education (K-12 or university)
Automotive

### Question Title

* 3. Which of the Following Best Describes Your Job Function? (Choose one) 0

External Consultant
Product Development or Product Marketing
Software Developer
Testing or Quality Assurance
Enterprise Architect or Chief Architect
Executive (CEO, COO, CFO)
Business or Line of Business Manager
Business Analyst or Process Practitioner
IT Manager/IT Developer
HR Manager or Human Performance Practitioner

### Question Title

* 4. Which of the Following Best Describes YOUR ROLE as it Relates to Specific Business Process Initiatives at Your Current Place of Employment? 0

End User Requirements Specification
Design IT Initiative
Define Business Financial Sponsor of Consultant/Supplier
Outside
None (no rolled played in business process initiatives)

fl

### Question Title

* 5. How Many Individuals are Employed in TOTAL at Your Organization? (both W-2 employees and Full-Time Contractors) 0

Just One (sole-proprietor or independent contractor)
2-99
100-

BPM005059

| 500 | 501-1000 | 1001-2500 |
|---|---|---|
| 2500 | 2501-5000 | > 5000 |

## Question Title

**6. Please Rank the Following Initiatives/Innovation Areas** 0

| | Already Underway | Planned for 2019 | No Plans |
|---|---|---|---|
| Intelligent Process Automation (specifically by that name) | Intelligent Process Automation (specifically by that name) Already Underway | Intelligent Process Automation (specifically by that name) Planned for 2019 | Intelligent Process Automation (specifically by that name) No Plans |
| Digital Transformation (specifically by that name) | Digital Transformation (specifically by that name) Already Underway | Digital Transformation (specifically by that name) Planned for 2019 | Digital Transformation (specifically by that name) No Plans |
| Application Modernization (significant replatforming) | Application Modernization (significant replatforming) Already Underway | Application Modernization (significant replatforming) Planned for 2019 | Application Modernization (significant replatforming) No Plans |
| Decision Automation or Rules Management | Decision Automation or Rules Management Already Underway | Decision Automation or Rules Management Planned for 2019 | Decision Automation or Rules Management No Plans |
| AI and Machine Learning (in any area) | AI and Machine Learning (in any area) Already Underway | AI and Machine Learning (in any area) Planned for 2019 | AI and Machine Learning (in any area) No Plans |
| Robotic Process Automation (RPA) | Robotic Process Automation (RPA) Already Underway | Robotic Process Automation (RPA) Planned for 2019 | Robotic Process Automation (RPA) No Plans |
| AI-Powered Customer Experience (including AI-enabled Chatbots) | AI-Powered Customer Experience (including AI-enabled Chatbots) Already Underway | AI-Powered Customer Experience (including AI-enabled Chatbots) Planned for 2019 | AI-Powered Customer Experience (including AI-enabled Chatbots) No Plans |
| Introduction of Robotic Workforce or "Cobots" | Introduction of Robotic Workforce or "Cobots" Already Underway | Introduction of Robotic Workforce or "Cobots" Planned for 2019 | Introduction of Robotic Workforce or "Cobots" No Plans |

BPM005060

|  | Already Underway | Planned for 2019 | No Plans |
|---|---|---|---|
| BPMN-specific Process Modeling/Architectural Modeling | BPMN-specific Process Modeling/Architectural Modeling Already Underway | BPMN-specific Process Modeling/Architectural Modeling Planned for 2019 | BPMN-specific Process Modeling/Architectural Modeling No Plans |
| Process Improvement (including but not limited Six Sigma) | Process Improvement (including but not limited Six Sigma) Already Underway | Process Improvement (including but not limited Six Sigma) Planned for 2019 | Process Improvement (including but not limited Six Sigma) No Plans |

Please add any similar initiatives not listed above

### Question Title

* 7. How Many Sources of Data Are Required to Present a Complete *360-Degree View of Any Given Customer?*  0

| 1 | Number of Separate Datastores or Systems of Record | 30 |
|---|---|---|

### Question Title

* 8. On a Scale of 1 to 10, How Important is *Local Control of Application Data*  0

| 1 | 1 = Data Can Live Anywhere; 10 = Data MUST BE Inside Our Data Center | 10 |
|---|---|---|

### Question Title

* 9. How Many Sources of Data are Required in the Performance of Your Standard Business Operations That Reside Within the Systems of Business Partners or Otherwise *Outside of Your Direct Control?*  0

| 0 | Number of Partner/External Datastores or Systems of Record | 30 |
|---|---|---|

### Question Title

* 10. Separate From Local Control of Application Data, on a Scale of 1 to 10 What is Your Firm's *Attitude Towards and Overall Prioritization of Cloud Computing*?  0

| 1 | 1 = little to no support for Cloud; 10 = 100% Cloud-first for all New or Existing IT | 10 |
|---|---|---|

### Question Title

* 11. This Question Relates to the Evaluation of Software Platforms from Vendors such as *Appian*, *IBM*, and *Pegasystems*. Please Rank the Following Based on How Your Firm Either *Prioritized the Evaluation and*

BPM005061

**Selection Criteria** a Chosen Software Platform, or Otherwise Would Were You to do so Today. **Please Rank Based 1=Top Priority, 2=2nd Priory, 7=Least Priority, etc.**  0

　　　　　　　　　　　　　　　　　　　　　1
　　　　2　　　　　　　　　　　　　　　　　　　　　　　　　　3
　　　　　　　　　　　　　　4　　　　　　　　　　　　　　　　　　　　　　　　　5
　　　　　　　　　　　　　　　　　　　　　6
　　　　7

It is the Same Platform Used by the Majority of Our Industry Peers

　　　　　　　　　　　　　　　　　　　　　1
　　　　2　　　　　　　　　　　　　　　　　　　　　　　　　　3
　　　　　　　　　　　　　　4　　　　　　　　　　　　　　　　　　　　　　　　　5
　　　　　　　　　　　　　　　　　　　　　6
　　　　7

It Offers a "Low Code" or "No Code" Development Environment Usable by Non-Programmers

　　　　　　　　　　　　　　　　　　　　　1
　　　　2　　　　　　　　　　　　　　　　　　　　　　　　　　3
　　　　　　　　　　　　　　4　　　　　　　　　　　　　　　　　　　　　　　　　5
　　　　　　　　　　　　　　　　　　　　　6
　　　　7

It is Deployed in the Cloud in a True, SaaS/Multi-tenant Capacity

　　　　　　　　　　　　　　　　　　　　　1
　　　　2　　　　　　　　　　　　　　　　　　　　　　　　　　3
　　　　　　　　　　　　　　4　　　　　　　　　　　　　　　　　　　　　　　　　5

BPM005062

| | |
|---|---|
| 7 | 6 |

The Technical Skills and Infrastructure Required Match Our Internal Standards

| | | |
|---|---|---|
| 2 | 1 | 3 |
| | 4 | 5 |
| 7 | 6 | |

We can Find Experienced Developers for This Platform Readily Available in our Labor Market

| | | |
|---|---|---|
| 2 | 1 | 3 |
| | 4 | 5 |
| 7 | 6 | |

The License Price or Other Purchase Costs Make the Cheapest Option to Get Started With

| | | |
|---|---|---|
| 2 | 1 | 3 |
| | 4 | 5 |
| 7 | 6 | |

It is Offered Freely Available and With Open Source Licensing

or Copy and paste questions

Next

BPM005063

--- NEW PAGE ---

P2: BPM Investment Experience

Page Logic | More Actions

## BPM.com Intelligent Automation Market Study

### BPM Investment Experience

This Section Focuses on Current Experience and Investment With Programs and Technologies Identified Earlier (e.g., software platforms from vendors such as *Appian, IBM, Pegasystems*, as well as other software vendors found in guides such as Garter's report on "*Intelligent Business Process Management Suites.*")

PLEASE NOTE: all of these responses will be held in the STRICTEST CONFIDENCE and not shared with any party other than in an aggregated format (stripped of any company identification)

**Question Title**

\* 12. Please Describe the Scope of This Initiative  0

- Application Specific (introduce application or specific function)
- Departmental (multiple processes, single department)
- Multi-Department, But Not Enterprise
- Enterprise Horizontal (few processes, but across the

BPM005064

enterprise) Enterprise Platform (used for a growing portfolio of processes)

## Question Title

* 13. Who (by Role or Group) Funded This Initiative? (Please choose one):  0

Senior Management (other than CIO)                       CIO or IT Manager
Marketing                       Line-of-Business or Program Owner
External Source (grant, parent company, business partner)
Other (please specify)

## Question Title

* 14. How likely is it that you would recommend this vendor to a personal friend or immediate family member?  0

1                       (1 being LEAST likely and 10 being MOST likely)                       10

## Question Title

* 15. Please estimate the **Amount of TIME in Weeks Spent On Each** of the Following: (estimate number of weeks for each area)  0

Tool Selection and Procurement
Project Setup and Requirements Development
Platform Deployment Rollout
Discovery and Analysis of Processes and Business Rules
Process Configuration (translation of rules/process models to software)
Data Model/Data Structure Analysis/Rationalization/Implementation
Software/Service Integration (design and implementation)
UX/UI Design and Implementation
All Testing (Function/Nonfunctional/Performance/Regression)
Release Rollout / Application Deployment
Training and Other User Change Management
Other (not represented above)

## Question Title

* 16. Please Rank Your Overall Satisfaction With Your Relationship With This Vendor  0

BPM005065

| 1 | (1 being LEAST and 10 being MOST Satisfied) | 10 |

**Question Title**

\* 17. How Satisfied are you With the Ability to <u>Integrate Data, Application Services, and/or Other Software</u> With This Platform?  0

| 1 | (1 being LEAST and 10 being MOST Satisfied) | 10 |

**Question Title**

\* 18. Please Estimate How Much Your Organization Has Spent TO DATE specific to iBPMS Software Purchases  0

TOTAL on iBPMS Software Licenses
TOTAL Personnel Costs for Implementation and Integration  (internal labor and/or external services)
On-going Development and Maintenance (annualized)
Other Costs Relative to Rollout

**Question Title**

\* 19. How Many **Alternative or Competitive Vendors** Did You Consider Before Making Your Final Selection?  0

| 1 | Please Estimate the Total Number of Options Considered | 20 |

**Question Title**

\* 20. Please Rank Your <u>Satisfaction With the Level of Security</u> With This Platform/Product.  0

| 1 | (0 being LEAST and 10 being MOST Satisfied) | 10 |

**Question Title**

\* 21. Please Rank Your **Overall Satisfaction With Your Relationship** With This Vendor  0

| 1 | (1 being LEAST and 10 being MOST Satisfied) | 10 |

**Question Title**

\* 22. On a Scale of  1 to 10, Please Rank <u>How Working With This Platform and/or Vendor Will Affect Your Career</u>  0

| 1 | (1 being VERY NEGATIVE and 10 being EXTREMELY POSITIVE) | 10 |

BPM005066

## Question Title

* 23. Please Share Any Additional Thoughts on How to Improve This Software:  0

or Copy and paste questions

Prev Next

NEW PAGE

P3: Staffing, Workforce, and Program Dimensions

Page Logic   More Actions



BPM.com Intelligent Automation Market Study

Staffing, Workforce, and Program Dimensions

The next questions relate to your program and project size, as well as your firm's current use of Competency Centers and Centers of Excellence (CoE).  This information helps use understand which practices and team cultures align best with these initiatives.  Your candor and cooperation is greatly appreciated.  **As with all other aspects of this survey, your answers will be held in strictest confidence.**

## Question Title

* 24. Regarding the Composition of Teams Involved With This Initiatives, Please Estimate the Number of FTEs (Full-Time Equivalents) Who Fall Into Each of the Roles Listed Below: (please answer 0 for none -- do not leave any cells blank)  0

Project Managers
Domain Expert/Subject Matter Experts (SMEs)
Business Process Modelers (exclusive of other roles)

BPM005067

Enterprise Architects or Solution Architects
Data Architects
DBAs/DBDs (other than Data Architects)
General Programmers (exclusive of other roles)
Platform/Product-specific Developers
QA or Testing Roles (exclusive of other roles)
Integration Architects
Security Analysts/Engineers
Outside Technical Staff
Trainers or Other Change Management Roles
Other Roles Not List Above

## Question Title

* 25. Please Identify Measures Used in the Calculation of Financial Payback and/or Return On Investment (ROI) Specifically  0

Customer Satisfaction/Feedback
Employee Retention
Cost Per Sale
Profit Per Account
Cost Per Transaction
Return On Assets (ROA)
Return On Capital Employed (ROCE)
Return On Equity (ROE)
Inventory Turnover
Reduction of Cost Of Goods Sold
Elimination of FTEs
Elimination of Outside Services
Other (please specify)

## Question Title

* 26. Please Identify the Measured Financial Benefit That Was Generated as a Result of This Initiative, For Example "*payback in 18 months*" or "*33% positive ROI in year 2*":

BPM005068

0

## Question Title

* 27. How Many Releases Have You Completed or Do You Plan to Complete Each Year? 0

| 1 | Number of Releases Per Year | 36 |

## Question Title

* 28. Regarding Your Firm's Current use of Competency Centers and Centers of Excellence (CoE) Please Identify Which of the Following Focus Areas Apply: 0

Continuous Process Improvement and/or Business Process Re-engineering
Application Development (not limited to BPM/RPA or Automation Initiatives)
Intelligent Automation Initiatives (including BPM/RPA/Other)
Digital Transformation or Business Transformation
Data Integration and/or Integration Competency Center
BPM and/or Case Management
Mobile Application Development
None -- no formal COE or Competency Center
Focused on a Single Software/Platform Vendor

## Question Title

* 29. Please Identify The Statement Which Best Describes the Effect This Initiative, Including the Creation of COE's or Competency Centers, on Staff and Organizational Structure 0

New Area of the Organization involving New Hires
New Area Composed Entirely or Mostly of Existing Staff
Rebranding of Existing Unit With No Impact on Staff

## Question Title

* 30. What Is the Time Frame Used For Measuring Project Success? (please select the ONE answer which best applies to your company): 0

Positive ROI Required Within 3 Years
Positive ROI Required Within 2 Years
Project Must Break-Even in First

BPM005069

Year | Project Must be Profitable in the First
Year | Other or None of the Above
If "Other" was selected, please describe:

or Copy and paste questions

Prev Next

NEW PAGE

P4: Final Page
-

Page Logic | More Actions



BPM.com Intelligent Automation Market Study

Final Page

This is the LAST PAGE. Please complete the remaining questions below.  As a final reminder, this survey focuses on your experience and impressions of software platforms from vendors such as *Appian*, *IBM*, and *Pegasystems*.

All of your answers will be held in the STRICTEST CONFIDENCE and not shared with any party other than in an aggregated format (stripped of any company identification)

## Question Title

BPM005070

\* 31. What Is The Preferred Pricing Model For You To Invest In Process Automation Software?  (Please choose one):  0

Price per user              Price per CPU              Service Level Agreement              Single, fixed price for development environment (plus annual maintenance fee)              Price per process managed or per single-process application              Subscription fee based on processing volume and usage              Open Source Licensing (free of license costs)

**Question Title**

\* 32. Please Rank the Follow Areas Relative to <u>Current/Future Plan for Digital Transformation and Intelligent Automation</u>  0

|  | **No Plans** | **Planned** | **Current** |
|---|---|---|---|
| Investigation and/or Adjudication | Investigation and/or Adjudication No Plans | Investigation and/or Adjudication Planned | Investigation and/or Adjudication Current |
| Security (Security Event Management) | Security (Security Event Management) No Plans | Security (Security Event Management) Planned | Security (Security Event Management) Current |
| Procure-to-Pay | Procure-to-Pay No Plans | Procure-to-Pay Planned | Procure-to-Pay Current |
| Order-to-Cash | Order-to-Cash No Plans | Order-to-Cash Planned | Order-to-Cash Current |
| Case Management | Case Management No Plans | Case Management Planned | Case Management Current |
| Workforce Scheduling or Assignment Management | Workforce Scheduling or Assignment Management No Plans | Workforce Scheduling or Assignment Management Planned | Workforce Scheduling or Assignment Management Current |
| Back Office Operations (other than general IT) | Back Office Operations (other than general IT) No Plans | Back Office Operations (other than general IT) Planned | Back Office Operations (other than general IT) Current |
| Compliance Management | Compliance Management No Plans | Compliance Management Planned | Compliance Management Current |
| Customer Service | Customer Service No Plans | Customer Service Planned | Customer Service Current |
| Employee On-Boarding | Employee On-Boarding No Plans | Employee On-Boarding Planned | Employee On-Boarding Current |
| IT/MIS (i.e., ITIL or similar) | IT/MIS (i.e., ITIL or similar) No Plans | IT/MIS (i.e., ITIL or similar) Planned | IT/MIS (i.e., ITIL or similar) Current |
| Manufacturing/Fulfillment | Manufacturing/Fulfillment No Plans | Manufacturing/Fulfillment Planned | Manufacturing/Fulfillment Current |

BPM005071

|  | No Plans | Planned | Current |
|---|---|---|---|
| General Accounting/Financial | General Accounting/Financial No Plans | General Accounting/Financial Planned | General Accounting/Financial Current |
| Risk Management (not specific to compliance) | Risk Management (not specific to compliance) No Plans | Risk Management (not specific to compliance) Planned | Risk Management (not specific to compliance) Current |
| Sales and Marketing | Sales and Marketing No Plans | Sales and Marketing Planned | Sales and Marketing Current |

Other (please specify)

## Question Title

* 33. What are the Expected Benefits From Automation That Your Currently Has or Would Seek From Digital Transformation?  0

Lower Cost of Operations
Ability to Better Deploy/Manage IT Resources
Faster Time-to-Market of New Products/Services
Reduction of Initial Deployment Costs/Time
Lower Long-Term IT Support Costs
Greater Control of End-to-End Process
Lower Headcount (Smaller Staff/Fewer FTEs)
Greater Customer Service/Better Quality of Experience
Easier Customer Self-Service/Lower Support Costs
Greater Visibility and Operational Insights
Improved Consistency/Regularity/Predictably of How Work is Performed
Please identify any relevant metrics not shown above

## Question Title

* 34. You may complete this survey anonymously, however, we would appreciate the chance to follow up with you.  You may also email us directly by simply clicking here and dropping us a quick note. To be enter into the drawing, as well as to receive a copy of the survey results, please either send us email or enter your data below.  0

First and Last Name:
Current Job Title:
Company Name:
Email:

BPM005072

| 0 | UPGRADE TO EDIT | OPTIONS | MOVE | COPY | LIBRARY | DELETE |

**Question Title**

\* 35. LAST QUESTION: <u>in Your Own Opinion</u>, Based on Whatever Measure you Choose, <u>Who are the Top Three Vendors</u> in the iBPMS and/or Digital Transformation Platform Space?  0

#1
#2
#3
Please click below to submit your response.

As soon as your submission is received you will be able to download your digital copy of "*Digital Transformation*" a new book published by FSI and with a forward from noted author Nathaniel Palmer.  If you provide contact details, you receive the complete set of survey results as soon they're compiled.                  0

or Copy and paste questions

Prev Click Here to Submit Response

BPM005073