# EXHIBIT 84

# REDACTED

1                    J. PETRONIO

2          UNITED STATES DISTRICT COURT

3        FOR THE DISTRICT OF MASSACHUSETTS

4

5    PEGASYSTEMS INC.

6                 Plaintiff

7

8    V.                         Case No.

9                           1:2019cv11461

10   APPIAN CORPORATION AND BUSINESS

11   PROCESS MANAGEMENT, INC.,

12              Defendants

13   _____/

14

15

16       REMOTE VIDEOTAPED DEPOSITION OF

17              JOHN PETRONIO

18          Boston, Massachusetts

19        Monday, December 13, 2021

20

21

22   Reported by:

23   Deborah Roth, RPR-CSR

24   Job No. 203207

25

1                    J. PETRONIO

1                              J. PETRONIO

1                         J. PETRONIO

Page 201

1             J. PETRONIO

2          MS. NIGRO:  Tab 33 is Exhibit

3      124.

4             (Exhibit 124 marked for

5             identification.)

1                          J. PETRONIO

1                    J. PETRONIO

23     Q.  Okay.  Now, you -- you were laid off

24   by Pegasystems in January 2015, correct?

25     A.  Yes.

```
 1                    J. PETRONIO

 2   CERTIFICATE

 3   COMMONWEALTH OF MASSACHUSETTS )

 4   COUNTY OF SUFFOLK              )

 5            I, Deborah Roth, a Registered

 6   Professional Reporter and Notary Public

 7   duly commissioned and qualified in and for

 8   the Commonwealth of Massachusetts, do

 9   hereby certify: That JOHN PETRONIO, the

10   witness whose deposition is hereinbefore

11   set forth, was duly identified and sworn

12   by me, and that the foregoing transcript

13   is a true record of the testimony given by

14   such witness to the best of my ability.

15            I further certify that I am not

16   related to any of the parties in this

17   matter by blood or marriage, and that I am

18   in no way interested in the outcome of

19   this matter.

20            IN WITNESS WHEREOF, I have hereunto

21   set my hand and affixed my notarial seal

22   this ^ _day of December 2021.

23   _____

24   Deborah Roth, CSR: 14700-S, RPR: 34250

25   My Commission Expires:  December 31, 2021
```

PEGASYSTEMS INC. V. APPIAN CORPORATION, ET AL. NO. 1:19CV11461 D. MASS.

ERRATA SHEET
DEPONENT: John Petronio      DEP. DATE: December 13, 2021

| Page | Line | Original | Correction | Reason |
|------|------|----------|-----------|--------|
| 5-6 | 25, 2 | Yes, for **Pegasystems** | Yes, for **Appian** | Typographical error / clarification |
| 6 | 3 | Yes, for **Appian** | Yes, for **Pegasystems** | Typographical error / clarification |
| 14 | 25 | and about **JDPM**? | and about **JBPM**? | Typographical error / clarification |
| 26 | 14 | points about **TCL** | points about **TCO** | Typographical error / clarification |
| 38 | 14 | I **didn't** like the way that came out. | I **did** like the way that came out. | Typographical error / clarification |
| 40 | 9 | …will just **fresh** your memory how it works | …will just **refresh** your memory how it works | Typographical error / clarification |
| ███ | ███ | ████████████ | ███████████ e | Typographical error / clarification |
| ███ | ███ | ████████████ | ████████████ | ██████████ |
| ███ | ██████ | ████████████ | ████████████ | ██████████ |
| ███ | ███ | ████████████ | ████████████ | ██████████ |
| ███ | ███ | ████████████ | ████████████ | r / clarification |
| ███ | ███ | ████████████ | ████████████ | T██████████ |
| ███ | ███ | ████████████ | ████████████ | Typographical error / clarification |
| ███ | ██████ | ████████████ | ████████████ | ██████████ |
| ███ | ███ | ████████████ | ████████████ | ██████████ |
| ███ | ███ | ████████████ | ████████████ | ██████████ |
| ███ | ███ | ████████████ | ████████████ | ██████████ |

PEGASYSTEMS INC. V. APPIAN CORPORATION, ET AL. NO. 1:19CV11461 D. MASS.

| Page | Line | Original | Correction | Reason |
|------|------|----------|------------|--------|
| 1 | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | ror / clarification |

DocuSign Envelope ID: 0F30854B-77C2-48FD-8D6A-F4540C6A79A8





Having reviewed the deposition testimony in my December 13, 2021, transcript, I state and acknowledge under penalty of perjury that any changes made above were made by me or at my direction and are hereinafter to be considered part of my sworn deposition testimony.

I declare under the penalties of perjury that the foregoing is true and correct.

Executed this ___1/19/2022___, at ___Lexington___, ___MA___.
                                (City)                (State)

*John Petronio*

John Petronio