**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

PEGASYSTEMS INC.,

      Plaintiff/Counterclaim Defendant,

  v.

APPIAN CORPORATION,

      Defendant/Counterclaim Plaintiff,

  and

BUSINESS PROCESS MANAGEMENT, INC.,

      Defendant.

Case No. 19-cv-11461-PBS-MPK

**DECLARATION OF ADEEL A. MANGI IN SUPPORT OF APPIAN CORPORATION'S MOTION FOR SUMMARY JUDGMENT**

I, Adeel A. Mangi, declare as follows:

1.      I am a member in good standing of the bar of the State of New York and am admitted in this action *pro hac vice*. I am a member of Patterson Belknap Webb & Tyler LLP, counsel for Defendant/Counterclaim Plaintiff Appian Corporation ("Appian") in this action. I submit this declaration in support of Appian's Motion for Summary Judgment. I have personal knowledge of the facts set forth herein.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of Pegasystems Inc.'s Form 10-K filed with the United States Securities and Exchange Commission for the fiscal year ended December 31, 2020.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the transcript of the December 17, 2021 deposition of Donald Maier Schuerman, as a designee on behalf of Pegasystems, taken pursuant to Fed. R. Civ. P. 30(b)(6) in this case.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of the Rebuttal Expert Report of Rebecca Kirk Fair in this case dated March 4, 2022.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the transcript of the March 30, 2022 deposition of Keri Pearlson in this case.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the transcript of the April 30, 2021 deposition of Malcolm Ross in this case.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the transcript of the June 15, 2021 deposition of Leon Trefler in this case.

8.      Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from the transcript of the April 27, 2021 deposition of Arturo Oliver in this case.

9.      Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from the transcript of the December 14, 2021 deposition of Trenton Buff in this case.

10.      Attached hereto as **Exhibit 9** is a true and correct copy of the document bearing beginning Bates stamp number APPN00127660 produced by Appian in this case.

11.      Attached hereto as **Exhibit 10** is a true and correct copy of the Brian S. Sommer Expert Report in this case dated March 4, 2022.

12.      Attached hereto as **Exhibit 11** is a true and correct copy of the Rebuttal Expert Report of Dr. Keri Pearlson in this case dated March 4, 2022.

13.     Attached hereto as **Exhibit 12** is a true and correct copy of the Declaration of Malcolm Ross in Opposition to Pegasystems' Motion for Preliminary Injunction (ECF 67) dated December 16, 2019.

14.     Attached hereto as **Exhibit 13** is a true and correct copy of the document published by BPM.com in 2019 with the title "Market Report: Analysis of Process Automation Investments and Total Cost of Ownership (TCO) – Appian, IBM, and Pega" (ECF 55-1).

15.     Attached hereto as **Exhibit 14** is a true and correct copy of Appian's First Amended Response to Pegasystems' Fourth Set of Interrogatories dated December 8, 2021.

16.     Attached hereto as **Exhibit 15** is a true and correct copy of Appian's Response to Plaintiff Pegasystems' First Set of Interrogatories dated February 7, 2020.

17.     Attached hereto as **Exhibit 16** is a true and correct copy of excerpts from the transcript of the December 6, 2021 deposition of Nathaniel Palmer, as a designee on behalf of BPM.com, taken pursuant to Fed. R. Civ. P. 30(b)(6) in this case.

18.     Attached hereto as **Exhibit 17** is a true and correct copy of Defendant, Business Process Management, Inc.'s Responses and Objections to Pegasystems' Fourth Set of Interrogatories to Defendants dated October 25, 2021.

19.     Attached hereto as **Exhibit 18** is a true and correct copy of the May 13, 2020 letter from August Horvath, counsel for Pegasystems, to Terra Hittson, counsel for Appian.

20.     Attached hereto as **Exhibit 19** is a true and correct copy of excerpts from the transcript of the July 21, 2020 hearing in this case.

21.     Attached hereto as **Exhibit 20** is a true and correct copy of excerpts from the transcript of the October 1, 2020 hearing in this case.

22.     Attached hereto as **Exhibit 21** is a true and correct copy of the October 22, 2020 letter from August Horvath, counsel for Pegasystems, to Adeel Mangi, counsel for Appian.

23.     Attached hereto as **Exhibit 22** is a true and correct copy of the December 2, 2020 letter from Michael Sochynsky, counsel for Appian, to Nicole Kinsley, counsel for Pegasystems.

24.     Attached hereto as **Exhibit 23** is a true and correct copy of the December 8, 2020 letter from Nicole Kinsley, counsel for Pegasystems, to Michael Sochynsky, counsel for Appian.

25.     Attached hereto as **Exhibit 24** is a true and correct copy of the August 21, 2020 Stipulation of Pegasystems in this case.

26.     Attached hereto as **Exhibit 25** is a true and correct copy of excerpts from the transcript of the January 29, 2021 hearing in this case.

27.     Attached hereto as **Exhibit 26** is a true and correct copy of Appian's Second Amended Notice of Deposition Pursuant to Rule 30(b)(6) of Pegasystems, Inc. dated November 18, 2021.

28.     Attached hereto as **Exhibit 27** is a true and correct copy of Pegasystems' Second Amended Initial Disclosures dated November 9, 2021.

29.     Attached hereto as **Exhibit 28** is a true and correct copy of excerpts from the transcript of the November 23, 2021 deposition of Patrick Dwyer in this case.

30.     Attached hereto as **Exhibit 29** is a true and correct copy of Exhibit 1 from the November 23, 2021 deposition of Patrick Dwyer in this case.

31.     Attached hereto as **Exhibit 30** is a true and correct copy of Exhibit 1 from the June 15, 2021 deposition of Leon Trefler in this case.

32.     Attached hereto as **Exhibit 31** is a true and correct copy of the July 7, 2021 letter from Nicole Kinsley, counsel for Pegasystems, to Michael Sochynsky, counsel for Appian.

33.     Attached hereto as **Exhibit 32** is a true and correct copy of the document bearing beginning Bates stamp number PEGA00071376 produced by Pegasystems in this case.

34.     Attached hereto as **Exhibit 33** is a true and correct copy of the document bearing beginning Bates stamp number PEGA00071305 produced by Pegasystems in this case.

35.     Attached hereto as **Exhibit 34** is a true and correct copy of the document bearing beginning Bates stamp number PEGA00071210 produced by Pegasystems in this case.

36.     Attached hereto as **Exhibit 35** is a true and correct copy of the document bearing beginning Bates stamp number PEGA00071174 produced by Pegasystems in this case.

37.     Attached hereto as **Exhibit 36** is a true and correct copy of the June 22, 2021 letter from Michael Sochynsky, counsel for Appian, to August Horvath and Nicole Kinsley, counsel for Pegasystems.

38.     Attached hereto as **Exhibit 37** is a true and correct copy of the July 12, 2021 letter from Neil Austin, counsel for Pegasystems, to Michael Sochynsky, counsel for Appian.

39.     Attached hereto as **Exhibit 38** is a true and correct copy of the July 19, 2021 letter from Michael Sochynsky, counsel for Appian, to Neil Austin, counsel for Pegasystems.

40.     Attached hereto as **Exhibit 39** is a true and correct copy of excerpts from the transcript of the May 12, 2021 deposition of Robert R. Spencer in this case.

41.     Attached hereto as **Exhibit 40** is a true and correct copy of excerpts from the transcript of the December 1, 2021 deposition of Mark Ryan in this case.

42.     Attached hereto as **Exhibit 41** is a true and correct copy of the June 3, 2021 letter from Nicole Kinsley, counsel for Pegasystems, to Michael Sochynsky, counsel for Appian.

43.     Attached hereto as **Exhibit 42** is a true and correct copy of the document bearing beginning Bates stamp number APPN00006685 produced by Appian in this case.

44.     Attached hereto as **Exhibit 43** is a true and correct copy of the document bearing beginning Bates stamp number APPN00007285 produced by Appian in this case.

45.     Attached hereto as **Exhibit 44** is a true and correct copy of excerpts from the transcript of the March 29, 2022 deposition of Rebecca Kirk Fair in this case.

46.     Attached hereto as **Exhibit 45** is a true and correct copy of the Expert Report of Rebecca Kirk Fair in this case dated February 4, 2022.

47.     Attached hereto as **Exhibit 46** is a true and correct copy of excerpts from the transcript of the December 16, 2021 deposition of Tom Bachman, as a designee on behalf of Pegasystems, taken pursuant to Fed. R. Civ. P. 30(b)(6) in this case.

48.     Attached hereto as **Exhibit 47** is a true and correct copy of the document bearing beginning Bates stamp number APPN00000824 produced by Appian in this case.

49.     Attached hereto as **Exhibit 48** is a true and correct copy of the document bearing beginning Bates stamp number APPN00022544 produced by Appian in this case.

50.     Attached hereto as **Exhibit 49** is a true and correct copy of the document bearing beginning Bates stamp number APPN00011177 produced by Appian in this case.

51.     Attached hereto as **Exhibit 50** is a true and correct copy of the document bearing beginning Bates stamp number APPN00010584 produced by Appian in this case.

52.     Attached hereto as **Exhibit 51** is a true and correct copy of the document bearing beginning Bates stamp number APPN00010581 produced by Appian in this case.

53.     Attached hereto as **Exhibit 52** is a true and correct copy of the document bearing beginning Bates stamp number APPN00022531 produced by Appian in this case.

54.     Attached hereto as **Exhibit 53** is a true and correct copy of the document bearing beginning Bates stamp number APPN00022511 produced by Appian in this case.

55.     Attached hereto as **Exhibit 54** is a true and correct copy of the document bearing beginning Bates stamp number APPN00008432 produced by Appian in this case.

56.     Attached hereto as **Exhibit 55** is a true and correct copy of the Expert Report of Dr. Keri Pearlson in this case dated February 4, 2022.

57.     Attached hereto as **Exhibit 56** is a true and correct copy of Pegasystems' Responses and Objections to Appian's First set of Interrogatories dated March 6, 2020.

58.     Attached hereto as **Exhibit 57** is a true and correct copy of the document bearing beginning Bates stamp number PEGA00000043 produced by Pegasystems in this case.

59.     Attached hereto as **Exhibit 58** is a true and correct copy of the document bearing beginning Bates stamp number PEGA00000041 produced by Pegasystems in this case.

60.     Attached hereto as **Exhibit 59** is a true and correct copy of the document bearing beginning Bates stamp number PEGA00000045 produced by Pegasystems in this case.

61.     Attached hereto as **Exhibit 60** is a true and correct copy of the document bearing beginning Bates stamp number PEGA00083709 produced by Pegasystems in this case.

62.     Attached hereto as **Exhibit 61** is a true and correct copy of the document bearing beginning Bates stamp number PEGA00083227 produced by Pegasystems in this case.

63.     Attached hereto as **Exhibit 62** is a true and correct copy of the document bearing beginning Bates stamp number PEGA00071222 produced by Pegasystems in this case.

64.     Attached hereto as **Exhibit 63** is a true and correct copy of the document bearing beginning Bates stamp number PEGA00071078 produced by Pegasystems in this case.

65.     Attached hereto as **Exhibit 64** is a true and correct copy of the document bearing beginning Bates stamp number PEGA00071087 produced by Pegasystems in this case.

66.     Attached hereto as **Exhibit 65** is a true and correct copy of the document bearing beginning Bates stamp number PEGA00071029 produced by Pegasystems in this case.

67.     Attached hereto as **Exhibit 66** is a true and correct copy of the document bearing beginning Bates stamp number APPN00020283 produced by Appian in this case.

68.     Attached hereto as **Exhibit 67** is a true and correct copy of the document bearing beginning Bates stamp number APPN00021409 produced by Appian in this case.

69.     Attached hereto as **Exhibit 68** is a true and correct copy of the document bearing beginning Bates stamp number PEGA00083288 produced by Pegasystems in this case.

70.     Attached hereto as **Exhibit 69** is a true and correct copy of the document bearing beginning Bates stamp number PEGA00092161 produced by Pegasystems in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:     New York, New York
           April 15, 2022

                                   /s/ Adeel A. Mangi
                                   Adeel A. Mangi

## <u>CERTIFICATE OF SERVICE</u>

I, Adeel A. Mangi, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Adeel A. Mangi
Adeel A. Mangi