## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

PEGASYSTEMS INC.,

            Plaintiff/Counterclaim Defendant,

v.

APPIAN CORPORATION,

            Defendant/Counterclaim Plaintiff,

and

BUSINESS PROCESS MANAGEMENT, INC.,

            Defendant.

Case No. 19-cv-11461-PBS

**DECLARATION OF ADEEL A. MANGI IN SUPPORT OF APPIAN CORPORATION'S OPPOSITION TO PEGASYSTEMS INC.'S MOTION FOR SUMMARY JUDGMENT**

I, Adeel A. Mangi, declare as follows:

1.      I am a member in good standing of the bar of the State of New York and am admitted in this action *pro hac vice*.  I am a member of Patterson Belknap Webb & Tyler LLP, counsel for Defendant/Counterclaim Plaintiff Appian Corporation ("Appian") in this action.  I submit this declaration in support of Appian's Opposition to Plaintiff/Counterclaim Defendant Pegasystems Inc.'s ("Pegasystems") Motion for Summary Judgment.  I have personal knowledge of the facts set forth herein.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of the document bearing beginning Bates number PEGA00000339 produced by Pegasystems in this case.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the transcript of the April 30, 2021 deposition of Malcolm Ross in this case.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the transcript of the December 14, 2021 deposition of Malcolm Ross, as a designee on behalf of Appian, taken pursuant to Fed. R. Civ. P. 30(b)(6) in this case.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the transcript of the December 16, 2021 deposition of Malcolm Ross, as a designee on behalf of Appian, taken pursuant to Fed. R. Civ. P. 30(b)(6) in this case.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the transcript of the March 16, 2022 deposition of Richard Marshall in this case.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of the Brian S. Sommer Expert Report in this case dated March 4, 2022.

8.      Attached hereto as **Exhibit 7** is a true and correct copy of the document published in December 2019 with the title "Market Report: Analysis of Process Automation Investments and Total Cost of Ownership (TCO) – Appian, IBM, and Pega" and a preface from Appian (ECF 71-4).

9.      Attached hereto as **Exhibit 8** is a true and correct copy of Appian's Responses and Objections to Pegasystems' First Set of Interrogatories, dated February 7, 2020.

10.     Attached hereto as **Exhibit 9** is a true and correct copy of excerpts from the transcript of the June 18, 2021 deposition of Jennifer Troxell in this case.

11.     Attached hereto as **Exhibit 10** is a true and correct copy of excerpts from the transcript of the December 6, 2021 deposition of Nathaniel Palmer, as a designee on behalf of BPM.com, taken pursuant to Fed. R. Civ. P. 30(b)(6) in this case.

12.     Attached hereto as **Exhibit 11** is a true and correct copy of excerpts from the transcript of the April 27, 2021 deposition of Arturo Oliver in this case.

13.     Attached hereto as **Exhibit 12** is a true and correct copy of excerpts from the transcript of the December 17, 2021 deposition of Kevin Spurway in this case.

14.     Attached hereto as **Exhibit 13** is a true and correct copy of the document bearing beginning Bates number PEGA00002063 produced by Pegasystems in this case.

15.     Attached hereto as **Exhibit 14** is a true and correct copy of the document bearing beginning Bates number APPN00000478 produced by Appian in this case.

16.     Attached hereto as **Exhibit 15** is a true and correct copy of the document bearing beginning Bates number APPN00010717 produced by Appian in this case.

17.     Attached hereto as **Exhibit 16** is a true and correct copy of the document bearing beginning Bates number PEGA00070911 produced by Pegasystems in this case.

18.     Attached hereto as **Exhibit 17** is a true and correct copy of the document bearing beginning Bates number PEGA00000250 produced by Pegasystems in this case.

19.     Attached hereto as **Exhibit 18** is a true and correct copy of Defendant, Business Process Management, Inc.'s ("BPM.com") Responses and Objections to Pegasystems' Fourth Set of Interrogatories dated October 25, 2021.

20.     Attached hereto as **Exhibit 19** is a true and correct copy of excerpts from the transcript of the May 21, 2021 deposition of Cathryn Siemer in this case.

21.     Attached hereto as **Exhibit 20** is a true and correct copy of excerpts from the transcript of the March 30, 2022 deposition of Keri Pearlson in this case.

22.     Attached hereto as **Exhibit 21** is a true and correct copy of the document bearing beginning Bates number APPN00001550 produced by Appian in this case.

23.     Attached hereto as **Exhibit 22** is a true and correct copy of the document bearing beginning Bates number APPN00001552 produced by Appian in this case.

24.     Attached hereto as **Exhibit 23** is a true and correct copy of the document bearing beginning Bates number APPN00004424 produced by Appian in this case.

25.     Attached hereto as **Exhibit 24** is a true and correct copy of BPM.com's Responses and Objections to Pegasystems' Second Set of Requests for Admission dated October 25, 2021.

26.     Attached hereto as **Exhibit 25** is a true and correct copy of the document bearing beginning Bates number PEGA00000045 produced by Pegasystems in this case.

27.     Attached hereto as **Exhibit 26** is a true and correct copy of Appian's Responses and Objections to Pegasystems' Second Set of Requests for Admission dated October 25, 2021.

28.     Attached hereto as **Exhibit 27** is a true and correct copy of the document bearing beginning Bates number APPN00006735 produced by Appian in this case.

29.     Attached hereto as **Exhibit 28** is a true and correct copy of the document bearing beginning Bates number APPN00018540 produced by Appian in this case.

30.     Attached hereto as **Exhibit 29** is a true and correct copy of the document bearing beginning Bates number PEGA00002746 produced by Pegasystems in this case.

31.     Attached hereto as **Exhibit 30** is a true and correct copy Pegasystems' Responses and Objections to Appian's Fourth Set of Interrogatories, dated January 29, 2021.

32.     Attached hereto as **Exhibit 31** is a true and correct copy of excerpts from the transcript of the December 16, 2021 deposition of Desmond Conte, as a designee on behalf of Pegasystems, taken pursuant to Fed. R. Civ. P. 30(b)(6) in this case.

33.     Attached hereto as **Exhibit 32** is a true and correct copy of the document bearing beginning Bates number PEGA00100020 produced by Pegasystems in this case.

34.     Attached hereto as **Exhibit 33** is a true and correct copy of excerpts from the transcript of the December 17, 2021 deposition of Donald Schuerman, as a designee on behalf of Pegasystems, taken pursuant to Fed. R. Civ. P. 30(b)(6) in this case.

35.     Attached hereto as **Exhibit 34** is a true and correct copy of Appian's Second Amended Notice of Deposition Pursuant to Rule 30(b)(6) of Pegasystems, Inc. dated November 18, 2021.

36.     Attached hereto as **Exhibit 35** is a true and correct copy of the document bearing beginning Bates number PEGA00100370 produced by Pegasystems in this case.

37.     Attached hereto as **Exhibit 36** is a true and correct copy of excerpts from the transcript of the July 1, 2021 deposition of John Petronio in this case.

38.     Attached hereto as **Exhibit 37** is a true and correct copy of the document bearing beginning Bates number PEGA00006605 produced by Pegasystems in this case.

39.     Attached hereto as **Exhibit 38** is a true and correct copy of the document bearing Bates numbers BALDWIN000128-130 produced in this case.

40.     Attached hereto as **Exhibit 39** is a true and correct copy of the document bearing Bates numbers BALDWIN000099-110 produced in this case.

41.     Attached hereto as **Exhibit 40** is a true and correct copy of the document bearing beginning Bates number CATON-MA-FED00010742 produced in this case.

42.     Attached hereto as **Exhibit 41** is a true and correct copy of Pegasystems' Responses and Objections to Appian's Third Set of Interrogatories, dated October 30, 2020.

43.     Attached hereto as **Exhibit 42** is a true and correct copy of excerpts from the transcript of the April 14, 2021 deposition of Douglas Kim in this case.

44.     Attached hereto as **Exhibit 43** is a true and correct copy of the document bearing beginning Bates number PEGA00007045 produced by Pegasystems in this case.

45.     Attached hereto as **Exhibit 44** is a true and correct copy of excerpts from the transcript of the March 25, 2022 deposition of Brian S. Sommer in this case.

46.     Attached hereto as **Exhibit 45** is a true and correct copy of the document bearing beginning Bates number ZOU-002923 produced in this case.

47.     Attached hereto as **Exhibit 46** is a true and correct copy of the document bearing beginning Bates number CATON-MA-FED00006397 produced in this case.

48.     Attached hereto as **Exhibit 47** is a true and correct copy of the document bearing beginning Bates number PEGA00007109 produced by Pegasystems in this case.

49.     Attached hereto as **Exhibit 48** is a true and correct copy of the document bearing beginning Bates number PEGA00098803 produced by Pegasystems in this case.

50.     Attached hereto as **Exhibit 49** is a true and correct copy of the document bearing beginning Bates number PEGA00007115 produced by Pegasystems in this case.

51.     Attached hereto as **Exhibit 50** is a true and correct copy of excerpts from the transcript of the May 20, 2021 deposition of Jim Sinur in this case.

52.     Attached hereto as **Exhibit 51** is a true and correct copy of the document bearing beginning Bates number APPN00005923 produced by Appian in this case.

53.     Attached hereto as **Exhibit 52** is a true and correct copy of the document bearing beginning Bates number APPN00019710 produced by Appian in this case.

54.     Attached hereto as **Exhibit 53** is a true and correct copy of the document bearing beginning Bates number APPN00022263 produced by Appian in this case.

55.     Attached hereto as **Exhibit 54** is a true and correct copy of the document bearing beginning Bates number APPN00020283 produced by Appian in this case.

56.     Attached hereto as **Exhibit 55** is a true and correct copy of the document bearing beginning Bates number APPN00019981 produced by Appian in this case.

57.     Attached hereto as **Exhibit 56** is a true and correct copy of Appian's Responses and Objections to Pegasystems' Fourth Set of Interrogatories, dated October 25, 2021.

58.     Attached hereto as **Exhibit 57** is a true and correct copy of the document bearing beginning Bates number APPN00020966 produced by Appian in this case.

59.     Attached hereto as **Exhibit 58** is a true and correct copy of the document bearing beginning Bates number APPN00018577 produced by Appian in this case.

60.     Attached hereto as **Exhibit 59** is a true and correct copy of the document bearing beginning Bates number APPN00019112 produced by Appian in this case.

61.     Attached hereto as **Exhibit 60** is a true and correct copy of the document bearing beginning Bates number PEGA00002901 produced by Pegasystems in this case.

62.     Attached hereto as **Exhibit 61** is a true and correct copy of the document bearing beginning Bates number PEGA00105917 produced by Pegasystems in this case.

63.     Attached hereto as **Exhibit 62** is a true and correct copy of the document bearing beginning Bates number PEGA00105950 produced by Pegasystems in this case.

64.     Attached hereto as **Exhibit 63** is a true and correct copy of the document bearing beginning Bates number APPN00005503 produced by Appian in this case.

65.     Attached hereto as **Exhibit 64** is a true and correct copy of the document bearing beginning Bates number APPN00005504 produced by Appian in this case.

66.     Attached hereto as **Exhibit 65** is a true and correct copy of the document bearing beginning Bates number PEGA00108905 produced by Pegasystems in this case.

67.     Attached hereto as **Exhibit 66** is a true and correct copy of excerpts from the transcript of the December 17, 2021 deposition of Christopher Thorpe in this case.

68.     Attached hereto as **Exhibit 67** is a true and correct copy of Exhibit 3 from the December 17, 2021 deposition of Christopher Thorpe in this case.

69.     Attached hereto as **Exhibit 68** is a true and correct copy of the document bearing beginning Bates number APPN00128073 produced by Appian in this case.

70.     Attached hereto as **Exhibit 69** is a true and correct copy of the document bearing beginning Bates number CATON-MA-FED00005328 produced in this case.

71.     Attached hereto as **Exhibit 70** is a true and correct copy of the document bearing beginning Bates number CATON-MA-FED00003916 produced in this case.

72.     Attached hereto as **Exhibit 71** is a true and correct copy of the document published by Jim Sinur titled "Appian and Pegasystems – Head to Head Comparison" dated February 24, 2014 (ECF 71-1).

73.     Attached hereto as **Exhibit 72** is a true and correct copy of the document bearing beginning Bates number APPN00011623 produced by Appian in this case.

74.     Attached hereto as **Exhibit 73** is a true and correct copy of the document bearing beginning Bates number PEGA00104824 produced by Pegasystems in this case.

75.     Attached hereto as **Exhibit 74** is a true and correct copy of the document bearing beginning Bates number GNW0136 produced in this case.

76.     Attached hereto as **Exhibit 75** is a true and correct copy of the document bearing beginning Bates number CATON-MA-FED00012069 produced in this case.

77.     Attached hereto as **Exhibit 76** is a true and correct copy of the document bearing beginning Bates number PEGA00099501produced by Pegasystems in this case.

78.     Attached hereto as **Exhibit 77** is a true and correct copy of the document bearing beginning Bates number CATON-MA-FED00007905 produced in this case.

79.     Attached hereto as **Exhibit 78** is a true and correct copy of the document bearing beginning Bates number PEGA00106473 produced by Pegasystems in this case.

80.     Attached hereto as **Exhibit 79** is a true and correct copy of the document bearing beginning Bates number PEGA00100459 produced by Pegasystems in this case.

81.     Attached hereto as **Exhibit 80** is a true and correct copy of the document bearing beginning Bates number PEGA00101691 produced by Pegasystems in this case.

82.     Attached hereto as **Exhibit 81** is a true and correct copy of the document bearing beginning Bates number PEGA00098778 produced by Pegasystems in this case.

83.     Attached hereto as **Exhibit 82** is a true and correct copy of the document bearing beginning Bates number APPN00127660 produced by Appian in this case.

84.     Attached hereto as **Exhibit 83** is a true and correct copy of the document bearing beginning Bates number APPN00001726 produced by Appian in this case.

85.     Attached hereto as **Exhibit 84** is a true and correct copy of the document bearing beginning Bates number APPN00021041 produced by Appian in this case.

86.     Attached hereto as **Exhibit 85** is a true and correct copy of the document bearing beginning Bates number PEGA00002936 produced by Pegasystems in this case.

87.     Attached hereto as **Exhibit 86** is a true and correct copy of the document bearing beginning Bates number PEGA00064601 produced by Pegasystems in this case.

88.     Attached hereto as **Exhibit 87** is a true and correct copy of excerpts from the transcript of the December 15, 2021 deposition of Michael Caton in this case.

89.     Attached hereto as **Exhibit 88** is a true and correct copy of Exhibit 14 from the March 25, 2022 deposition of Brian S. Sommer in this case.

90.     Attached hereto as **Exhibit 89** is a true and correct copy of the document bearing beginning Bates number APPN00022964 produced by Appian in this case.

91.     Attached hereto as **Exhibit 90** is a true and correct copy of the document bearing beginning Bates number PEGA00110339 produced by Pegasystems in this case.

92.     Attached hereto as **Exhibit 91** is a true and correct copy of excerpts from the transcript of the December 13, 2021 deposition of John Petronio in this case.

93.     Attached hereto as **Exhibit 92** is a true and correct copy of the document bearing beginning Bates number PEGA00100367 produced by Pegasystems in this case.

94.     Attached hereto as **Exhibit 93** is a true and correct copy of the document bearing beginning Bates number CATON-MA-FED00006967 produced in this case.

95.     Attached hereto as **Exhibit 94** is a true and correct copy of the document bearing beginning Bates number CATON-MA-FED00006523 produced in this case.

96.     Attached hereto as **Exhibit 95** is a true and correct copy of the document bearing beginning Bates number APPN00122798 produced by Appian in this case.

97.     Attached hereto as **Exhibit 96** is a true and correct copy of the document bearing beginning Bates number APPN00122807 produced by Appian in this case.

98.     Attached hereto as **Exhibit 97** is a true and correct copy of the document bearing beginning Bates number CATON-MA-FED00003911 produced in this case.

99.     Attached hereto as **Exhibit 98** is a true and correct copy of the document bearing beginning Bates number APPN00005646 produced by Appian in this case.

100.    Attached hereto as **Exhibit 99** is a true and correct copy of the document bearing beginning Bates number APPN00122654 produced by Appian in this case.

101.    Attached hereto as **Exhibit 100** is a true and correct copy of the document bearing beginning Bates number APPN00088096 produced by Appian in this case.

102.    Attached hereto as **Exhibit 101** is a true and correct copy of the document bearing beginning Bates number CATON-MA-FED00002837 produced in this case.

103.    Attached hereto as **Exhibit 102** is a true and correct copy of the document bearing beginning Bates number CATON-MA-FED00015489 produced in this case.

104.    Attached hereto as **Exhibit 103** is a true and correct copy of the document bearing beginning Bates number CATON-MA-FED00015491 produced in this case.

105.    Attached hereto as **Exhibit 104** is a true and correct copy of the document bearing beginning Bates number APPN00120057 produced by Appian in this case.

106.    Attached hereto as **Exhibit 105** is a true and correct copy of the document bearing beginning Bates number PEGA00004360 produced by Pegasystems in this case.

107.    Attached hereto as **Exhibit 106** is a true and correct copy of the document bearing beginning Bates number APPN00124629 produced by Appian in this case.

108.    Attached hereto as **Exhibit 107** is a true and correct copy of the document bearing beginning Bates number PEGA00098869 produced by Pegasystems in this case.

109.    Attached hereto as **Exhibit 108** is a true and correct copy of the document bearing beginning Bates number PEGA00098875 produced by Pegasystems in this case.

110.    Attached hereto as **Exhibit 109** is a true and correct copy of the document bearing beginning Bates number CATON-MA-FED00013176 produced in this case.

111.    Attached hereto as **Exhibit 110** is a true and correct copy of excerpts from the transcript of the December 14, 2021 deposition of Trenton Buff in this case.

112.    Attached hereto as **Exhibit 111** is a true and correct copy of the document bearing beginning Bates number APPN00122825 produced by Appian in this case.

113.    Attached hereto as **Exhibit 112** is a true and correct copy of the document bearing beginning Bates number APPN00128015 produced by Appian in this case.

114.    Attached hereto as **Exhibit 113** is a true and correct copy of the document bearing beginning Bates number APPN00123024 produced by Appian in this case.

115.    Attached hereto as **Exhibit 114** is a true and correct copy of the document bearing beginning Bates number ZOU-000801 produced in this case.

116.    Attached hereto as **Exhibit 115** is a true and correct copy of the document bearing beginning Bates number APPN00122924 produced by Appian in this case.

117.    Attached hereto as **Exhibit 116** is a true and correct copy of the document bearing beginning Bates number PEGA00095446 produced by Pegasystems in this case.

118.    Attached hereto as **Exhibit 117** is a true and correct copy of the document bearing beginning Bates number APPN00016614 produced by Appian in this case.

119.    Attached hereto as **Exhibit 118** is a true and correct copy of the document bearing beginning Bates number PEGA00006597 produced by Pegasystems in this case.

120.     Attached hereto as **Exhibit 119** is a true and correct copy of the document bearing beginning Bates number PEGA00090364 produced by Pegasystems in this case.

121.     Attached hereto as **Exhibit 120** is a true and correct copy of the document bearing beginning Bates number PEGA00005437 produced by Pegasystems in this case.

122.     Attached hereto as **Exhibit 121** is a true and correct copy of the document bearing beginning Bates number PEGA00005428 produced by Pegasystems in this case.

123.     Attached hereto as **Exhibit 122** is a true and correct copy of the document bearing beginning Bates number APPN00050470 produced by Appian in this case.

124.     Attached hereto as **Exhibit 123** is a true and correct copy of the document bearing beginning Bates number APPN00019512 produced by Appian in this case.

125.     Attached hereto as **Exhibit 124** is a true and correct copy of the document bearing beginning Bates number APPN00122165 produced by Appian in this case.

126.     Attached hereto as **Exhibit 125** is a true and correct copy of the document bearing beginning Bates number APPN00016062 produced by Appian in this case.

127.     Attached hereto as **Exhibit 126** is a true and correct copy of the document bearing beginning Bates number PEGA00073777 produced by Pegasystems in this case.

128.     Attached hereto as **Exhibit 127** is a true and correct copy of the document bearing beginning Bates number PEGA00092161 produced by Pegasystems in this case.

129.     Attached hereto as **Exhibit 128** is a true and correct copy of excerpts from the transcript of the December 8, 2021 deposition of Ryan Gates in this case.

130.     Attached hereto as **Exhibit 129** is a true and correct copy of the document bearing beginning Bates number PEGA00083029 produced by Pegasystems in this case.

131.    Attached hereto as **Exhibit 130** is a true and correct copy of the document bearing beginning Bates number APPN00020282 produced by Appian in this case.

132.    Attached hereto as **Exhibit 131** is a true and correct copy of the document bearing beginning Bates number GNW0017 produced in this case.

133.    Attached hereto as **Exhibit 132** is a true and correct copy of the document bearing beginning Bates number PEGA00008667 produced by Pegasystems in this case.

134.    Attached hereto as **Exhibit 133** is a true and correct copy of the document bearing beginning Bates number PEGA00083305 produced by Pegasystems in this case.

135.    Attached hereto as **Exhibit 134** is a true and correct copy of the document bearing beginning Bates number PEGA00011359 produced by Pegasystems in this case.

136.    Attached hereto as **Exhibit 135** is a true and correct copy of the document bearing beginning Bates number PEGA00011489 produced by Pegasystems in this case.

137.    Attached hereto as **Exhibit 136** is a true and correct copy of the document bearing beginning Bates number PEGA00083042 produced by Pegasystems in this case.

138.    Attached hereto as **Exhibit 137** is a true and correct copy of excerpts from the transcript of the April 21, 2021 deposition of Thomas Libretto in this case.

139.    Attached hereto as **Exhibit 138** is a true and correct copy of the document bearing beginning Bates number PEGA00001726 produced by Pegasystems in this case.

140.    Attached hereto as **Exhibit 139** is a true and correct copy of the document bearing beginning Bates number PEGA00001796 produced by Pegasystems in this case.

141.    Attached hereto as **Exhibit 140** is a true and correct copy of the document bearing beginning Bates number PEGA00001763 produced by Pegasystems in this case.

142.    Attached hereto as **Exhibit 141** is a true and correct copy of the document bearing beginning Bates number PEGA00070868 produced by Pegasystems in this case.

143.    Attached hereto as **Exhibit 142** is a true and correct copy of the document bearing beginning Bates number PEGA00001750 produced by Pegasystems in this case.

144.    Attached hereto as **Exhibit 143** is a true and correct copy of the document bearing beginning Bates number PEGA00070337 produced by Pegasystems in this case.

145.    Attached hereto as **Exhibit 144** is a true and correct copy of the document bearing beginning Bates number PEGA00070819 produced by Pegasystems in this case.

146.    Attached hereto as **Exhibit 145** is a true and correct copy of the document bearing beginning Bates number PEGA00069954 produced by Pegasystems in this case.

147.    Attached hereto as **Exhibit 146** is a true and correct copy of the document bearing beginning Bates number PEGA00070749 produced by Pegasystems in this case.

148.    Attached hereto as **Exhibit 147** is a true and correct copy of the document bearing beginning Bates number PEGA00070834 produced by Pegasystems in this case.

149.    Attached hereto as **Exhibit 148** is a true and correct copy of the document bearing beginning Bates number LINK00000001 produced in this case.

150.    Attached hereto as **Exhibit 149** is a true and correct copy of the document bearing beginning Bates number LINK00000002 produced in this case.

151.    Attached hereto as **Exhibit 150** is a true and correct copy of the document bearing beginning Bates number CATON-MA-FED00006400 produced in this case.

152.    Attached hereto as **Exhibit 151** is a true and correct copy of the document bearing beginning Bates number CATON-MA-FED00007662 produced in this case.

153.    Attached hereto as **Exhibit 152** is a true and correct copy of the document bearing beginning Bates number PEGA00002789 produced by Pegasystems in this case.

154.    Attached hereto as **Exhibit 153** is a true and correct copy of the document bearing beginning Bates number PEGA00099010 produced by Pegasystems in this case.

155.    Attached hereto as **Exhibit 154** is a true and correct copy of the document bearing beginning Bates number CATON-MA-FED00013080 produced in this case.

156.    Attached hereto as **Exhibit 155** is a true and correct copy of the document bearing beginning Bates number CATON-MA-FED00013081 produced in this case.

157.    Attached hereto as **Exhibit 156** is a true and correct copy of the document bearing beginning Bates number PEGA00098925 produced by Pegasystems in this case.

158.    Attached hereto as **Exhibit 157** is a true and correct copy of excerpts from the transcript of the June 15, 2021 deposition of Leon Trefler in this case.

159.    Attached hereto as **Exhibit 158** is a true and correct copy of the document bearing beginning Bates number PEGA00006507 produced by Pegasystems in this case.

160.    Attached hereto as **Exhibit 159** is a true and correct copy of the document bearing beginning Bates number PEGA00002866 produced by Pegasystems in this case.

161.    Attached hereto as **Exhibit 160** is a true and correct copy of the document bearing beginning Bates number CATON-MA-FED00004080 produced in this case.

162.    Attached hereto as **Exhibit 161** is a true and correct copy of the document bearing beginning Bates number CATON-MA-FED00005554 produced in this case.

163.    Attached hereto as **Exhibit 162** is a true and correct copy of the document bearing beginning Bates number CATON-MA-FED00012612 produced in this case.

164.    Attached hereto as **Exhibit 163** is a true and correct copy of the document bearing beginning Bates number PEGA00009781 produced by Pegasystems in this case.

165.    Attached hereto as **Exhibit 164** is a true and correct copy of the document bearing beginning Bates number PEGA00098904 produced by Pegasystems in this case.

166.    Attached hereto as **Exhibit 165** is a true and correct copy of the document bearing beginning Bates number PEGA00098913 produced by Pegasystems in this case.

167.    Attached hereto as **Exhibit 166** is a true and correct copy of the document bearing beginning Bates number PEGA00104281 produced by Pegasystems in this case.

168.    Attached hereto as **Exhibit 167** is a true and correct copy of the document bearing beginning Bates number PEGA00100388 produced by Pegasystems in this case.

169.    Attached hereto as **Exhibit 168** is a true and correct copy of the document bearing beginning Bates number PEGA00100383 produced by Pegasystems in this case.

170.    Attached hereto as **Exhibit 169** is a true and correct copy of the document bearing beginning Bates number PEGA00098986 produced by Pegasystems in this case.

171.    Attached hereto as **Exhibit 170** is a true and correct copy of the document bearing beginning Bates number PEGA00104310 produced by Pegasystems in this case.

172.    Attached hereto as **Exhibit 171** is a true and correct copy of the document bearing beginning Bates number PEGA00103882 produced by Pegasystems in this case.

173.    Attached hereto as **Exhibit 172** is a true and correct copy of the document bearing beginning Bates number PEGA00104194 produced by Pegasystems in this case.

174.    Attached hereto as **Exhibit 173** is a true and correct copy of the document bearing beginning Bates number PEGA00098978 produced by Pegasystems in this case.

175.     Attached hereto as **Exhibit 174** is a true and correct copy of the document bearing beginning Bates number PEGA00100389 produced by Pegasystems in this case.

176.     Attached hereto as **Exhibit 175** is a true and correct copy of the document bearing beginning Bates number CATON-MA-FED00012067 produced in this case.

177.     Attached hereto as **Exhibit 176** is a true and correct copy of the document bearing beginning Bates number PEGA00104868 produced by Pegasystems in this case.

178.     Attached hereto as **Exhibit 177** is a true and correct copy of the document bearing beginning Bates number CATON-MA-FED00010587 produced in this case.

179.     Attached hereto as **Exhibit 178** is a true and correct copy of excerpts from the transcript of the June 2, 2021 deposition of Matthew Adams in this case.

180.     Attached hereto as **Exhibit 179** is a true and correct copy of the document bearing beginning Bates number PEGA00099088 produced by Pegasystems in this case.

181.     Attached hereto as **Exhibit 180** is a true and correct copy of the document bearing beginning Bates number PEGA00106178 produced by Pegasystems in this case.

182.     Attached hereto as **Exhibit 181** is a true and correct copy of the document bearing beginning Bates number PEGA00106501 produced by Pegasystems in this case.

183.     Attached hereto as **Exhibit 182** is a true and correct copy of the document bearing beginning Bates number PEGA00106751 produced by Pegasystems in this case.

184.     Attached hereto as **Exhibit 183** is a true and correct copy of the document bearing beginning Bates number PEGA00100324 produced by Pegasystems in this case.

185.     Attached hereto as **Exhibit 184** is a true and correct copy of the document bearing beginning Bates number PEGA00101361 produced by Pegasystems in this case.

186.     Attached hereto as **Exhibit 185** is a true and correct copy of the document bearing beginning Bates number PEGA00006583 produced by Pegasystems in this case.

187.     Attached hereto as **Exhibit 186** is a true and correct copy of the document bearing beginning Bates number PEGA00006526 produced by Pegasystems in this case.

188.     Attached hereto as **Exhibit 187** is a true and correct copy of the document bearing beginning Bates number PEGA00006631 produced by Pegasystems in this case.

189.     Attached hereto as **Exhibit 188** is a true and correct copy of excerpts from the transcript of the May 12, 2021 deposition of Robert Spencer in this case.

190.     Attached hereto as **Exhibit 189** is a true and correct copy of the document bearing beginning Bates number PEGA00006579 produced by Pegasystems in this case.

191.     Attached hereto as **Exhibit 190** is a true and correct copy of the document bearing beginning Bates number PEGA00094960 produced by Pegasystems in this case.

192.     Attached hereto as **Exhibit 191** is a true and correct copy of the document bearing beginning Bates number PEGA00094944 produced by Pegasystems in this case.

193.     Attached hereto as **Exhibit 192** is a true and correct copy of the document bearing beginning Bates number PEGA00006570 produced by Pegasystems in this case.

194.     Attached hereto as **Exhibit 193** is a true and correct copy of the document bearing beginning Bates number PEGA00007205 produced by Pegasystems in this case.

195.     Attached hereto as **Exhibit 194** is a true and correct copy of the document bearing beginning Bates number PEGA00006511 produced by Pegasystems in this case.

196.     Attached hereto as **Exhibit 195** is a true and correct copy of the document bearing beginning Bates number PEGA00010924 produced by Pegasystems in this case.

197.     Attached hereto as **Exhibit 196** is a true and correct copy of the document bearing beginning Bates number PEGA00094940 produced by Pegasystems in this case.

198.     Attached hereto as **Exhibit 197** is a true and correct copy of the document bearing beginning Bates number PEGA00006759 produced by Pegasystems in this case.

199.     Attached hereto as **Exhibit 198** is a true and correct copy of the document bearing beginning Bates number PEGA00007217 produced by Pegasystems in this case.

200.     Attached hereto as **Exhibit 199** is a true and correct copy of the document bearing beginning Bates number PEGA00006968 produced by Pegasystems in this case.

201.     Attached hereto as **Exhibit 200** is a true and correct copy of the document bearing beginning Bates number PEGA00007043 produced by Pegasystems in this case.

202.     Attached hereto as **Exhibit 201** is a true and correct copy of the document bearing beginning Bates number PEGA00006814 produced by Pegasystems in this case.

203.     Attached hereto as **Exhibit 202** is a true and correct copy of the document bearing beginning Bates number PEGA00006841 produced by Pegasystems in this case.

204.     Attached hereto as **Exhibit 203** is a true and correct copy of the document bearing beginning Bates number PEGA00006846 produced by Pegasystems in this case.

205.     Attached hereto as **Exhibit 204** is a true and correct copy of the document bearing beginning Bates number PEGA00094971 produced by Pegasystems in this case.

206.     Attached hereto as **Exhibit 205** is a true and correct copy of the document bearing beginning Bates number PEGA00094810 produced by Pegasystems in this case.

207.     Attached hereto as **Exhibit 206** is a true and correct copy of the document bearing beginning Bates number PEGA00005158 produced by Pegasystems in this case.

208.    Attached hereto as **Exhibit 207** is a true and correct copy of the document bearing beginning Bates number PEGA00000012 produced by Pegasystems in this case.

209.    Attached hereto as **Exhibit 208** is a true and correct copy of the document bearing beginning Bates number PEGA00004950 produced by Pegasystems in this case.

210.    Attached hereto as **Exhibit 209** is a true and correct copy of the document bearing beginning Bates number PEGA00003797 produced by Pegasystems in this case.

211.    Attached hereto as **Exhibit 210** is a true and correct copy of the document bearing beginning Bates number PEGA00064398 produced by Pegasystems in this case.

212.    Attached hereto as **Exhibit 211** is a true and correct copy of the document bearing beginning Bates number PEGA00003475 produced by Pegasystems in this case.

213.    Attached hereto as **Exhibit 212** is a true and correct copy of the document bearing beginning Bates number PEGA00003154 produced by Pegasystems in this case.

214.    Attached hereto as **Exhibit 213** is a true and correct copy of the document bearing beginning Bates number PEGA00002924 produced by Pegasystems in this case.

215.    Attached hereto as **Exhibit 214** is a true and correct copy of the document bearing beginning Bates number PEGA00003715 produced by Pegasystems in this case.

216.    Attached hereto as **Exhibit 215** is a true and correct copy of the document bearing beginning Bates number PEGA00105294 produced by Pegasystems in this case.

217.    Attached hereto as **Exhibit 216** is a true and correct copy of the document bearing beginning Bates number PEGA00008845 produced by Pegasystems in this case.

218.    Attached hereto as **Exhibit 217** is a true and correct copy of the document bearing beginning Bates number PEGA00005702 produced by Pegasystems in this case.

219.    Attached hereto as **Exhibit 218** is a true and correct copy of the document bearing beginning Bates number PEGA00008668 produced by Pegasystems in this case.

220.    Attached hereto as **Exhibit 219** is a true and correct copy of the document bearing beginning Bates number PEGA00085280 produced by Pegasystems in this case.

221.    Attached hereto as **Exhibit 220** is a true and correct copy of the document bearing beginning Bates number PEGA00011295 produced by Pegasystems in this case.

222.    Attached hereto as **Exhibit 221** is a true and correct copy of the document bearing beginning Bates number PEGA00083288 produced by Pegasystems in this case.

223.    Attached hereto as **Exhibit 222** is a true and correct copy of the document bearing beginning Bates number PEGA00007001 produced by Pegasystems in this case.

224.    Attached hereto as **Exhibit 223** is a true and correct copy of Exhibit 3 from the March 30, 2022 deposition of Keri Pearlson in this case.

225.    Attached hereto as **Exhibit 224** is a true and correct copy of the document bearing beginning Bates number APPN00020749 produced by Appian in this case.

226.    Attached hereto as **Exhibit 225** is a true and correct copy of the document bearing beginning Bates number APPN00058019 produced by Appian in this case.

227.    Attached hereto as **Exhibit 226** is a true and correct copy of the document bearing beginning Bates number PEGA00100416 produced by Pegasystems in this case.

228.    Attached hereto as **Exhibit 227** is a true and correct copy of the document bearing beginning Bates number ZOU-000741 produced in this case.

229.    Attached hereto as **Exhibit 228** is a true and correct copy of the document bearing beginning Bates number CATON-MA-FED00000912 produced in this case.

230.    Attached hereto as **Exhibit 229** is a true and correct copy of Exhibit 15 from the March 25, 2022 deposition of Brian S. Sommer in this case.

231.    Attached hereto as **Exhibit 230** is a true and correct copy of the document bearing beginning Bates number APPN00122824 produced by Appian in this case.

232.    Attached hereto as **Exhibit 231** is a true and correct copy of the document bearing beginning Bates number APPN00012427 produced by Appian in this case.

233.    Attached hereto as **Exhibit 232** is a true and correct copy of the document bearing beginning Bates number CATON-MA-FED00012985 produced in this case.

234.    Attached hereto as **Exhibit 233** is a true and correct copy of the document bearing beginning Bates number CATON-MA-FED00012990 produced in this case.

235.    Attached hereto as **Exhibit 234** is a true and correct copy of the document bearing beginning Bates number CATON-MA-FED00007008 produced in this case.

236.    Attached hereto as **Exhibit 235** is a true and correct copy of the document bearing beginning Bates number CATON-MA-FED00007009 produced in this case.

237.    Attached hereto as **Exhibit 236** is a true and correct copy of the document bearing beginning Bates number APPN00124613 produced by Appian in this case.

238.    Attached hereto as **Exhibit 237** is a true and correct copy of the document bearing beginning Bates number APPN00124617 produced by Appian in this case.

239.    Attached hereto as **Exhibit 238** is a true and correct copy of Exhibit 7 from the March 25, 2022 deposition of Brian S. Sommer in this case.

240.    Attached hereto as **Exhibit 239** is a true and correct copy of the document bearing beginning Bates number APPN00122309 produced by Appian in this case.

241.    Attached hereto as **Exhibit 240** is a true and correct copy of the document bearing beginning Bates number APPN00122382 produced by Appian in this case.

242.    Attached hereto as **Exhibit 241** is a true and correct copy of the document bearing beginning Bates number APPN00122586 produced by Appian in this case.

243.    Attached hereto as **Exhibit 242** is a true and correct copy of the document bearing beginning Bates number APPN00061998 produced by Appian in this case.

244.    Attached hereto as **Exhibit 243** is a true and correct copy of the document bearing beginning Bates number APPN00025003 produced by Appian in this case.

245.    Attached hereto as **Exhibit 244** is a true and correct copy of the document bearing beginning Bates number APPN00122583 produced by Appian in this case.

246.    Attached hereto as **Exhibit 245** is a true and correct copy of Exhibit 8 from the March 25, 2022 deposition of Brian S. Sommer in this case.

247.    Attached hereto as **Exhibit 246** is a true and correct copy of the document bearing beginning Bates number APPN00128403 produced by Appian in this case.

248.    Attached hereto as **Exhibit 247** is a true and correct copy of excerpts from the transcript of the November 23, 2021 deposition of Patrick Dwyer in this case.

249.    Attached hereto as **Exhibit 248** is a true and correct copy of the document bearing beginning Bates number APPN00020885 produced by Appian in this case.

250.    Attached hereto as **Exhibit 249** is a true and correct copy of the document bearing beginning Bates number APPN00006223 produced by Appian in this case.

251.    Attached hereto as **Exhibit 250** is a true and correct copy of Appian's First Amended Response to Pegasystems' Fourth Set of Interrogatories, dated December 8, 2021.

252.    Attached hereto as **Exhibit 251** is a true and correct copy of the document bearing beginning Bates number APPN00124634 produced by Appian in this case.

253.    Attached hereto as **Exhibit 252** is a true and correct copy of the document bearing beginning Bates number PEGA00104816 produced by Pegasystems in this case.

254.    Attached hereto as **Exhibit 253** is a true and correct copy of the document bearing beginning Bates number APPN00122993 produced by Appian in this case.

255.    Attached hereto as **Exhibit 254** is a true and correct copy of the document bearing beginning Bates number CATON-MA-FED00005739 produced in this case.

256.    Attached hereto as **Exhibit 255** is a true and correct copy of the document bearing beginning Bates number PEGA00098980 produced by Pegasystems in this case.

257.    Attached hereto as **Exhibit 256** is a true and correct copy of the document bearing beginning Bates number PEGA00105114 produced by Pegasystems in this case.

258.    Attached hereto as **Exhibit 257** is a true and correct copy of the document bearing beginning Bates number PEGA00085483 produced by Pegasystems in this case.

259.    Attached hereto as **Exhibit 258** is a true and correct copy of the document bearing beginning Bates number APPN00128475 produced by Appian in this case.

260.    Attached hereto as **Exhibit 259** is a true and correct copy of the document bearing beginning Bates number APPN00016607 produced by Appian in this case.

261.    Attached hereto as **Exhibit 260** is a true and correct copy of the document bearing beginning Bates number APPN00015564 produced by Appian in this case.

262.    Attached hereto as **Exhibit 261** is a true and correct copy of the document bearing beginning Bates number PEGA00100436 produced by Pegasystems in this case.

263.    Attached hereto as **Exhibit 262** is a true and correct copy of the document bearing beginning Bates number PEGA00006546 produced by Pegasystems in this case.

264.    Attached hereto as **Exhibit 263** is a true and correct copy of the document bearing beginning Bates number PEGA00010978 produced by Pegasystems in this case.

265.    Attached hereto as **Exhibit 264** is a true and correct copy of the document bearing beginning Bates number PEGA00094921 produced by Pegasystems in this case.

266.    Attached hereto as **Exhibit 265** is a true and correct copy of the document bearing beginning Bates number PEGA00094804 produced by Pegasystems in this case.

267.    Attached hereto as **Exhibit 266** is a true and correct copy of the document bearing beginning Bates number PEGA00002707 produced by Pegasystems in this case.

268.    Attached hereto as **Exhibit 267** is a true and correct copy of the document bearing beginning Bates number PEGA00007129 produced by Pegasystems in this case.

269.    Attached hereto as **Exhibit 268** is a true and correct copy of the document bearing beginning Bates number APPN00005527 produced by Appian in this case.

270.    Attached hereto as **Exhibit 269** is a true and correct copy of the document bearing beginning Bates number PEGA00098712 produced by Pegasystems in this case.

271.    Attached hereto as **Exhibit 270** is a true and correct copy of the document bearing beginning Bates number PEGA00106827 produced by Pegasystems in this case.

272.    Attached hereto as **Exhibit 271** is a true and correct copy of the document bearing beginning Bates number PEGA00106884 produced by Pegasystems in this case.

273.    Attached hereto as **Exhibit 272** is a true and correct copy of the document bearing beginning Bates number PEGA00084479 produced by Pegasystems in this case.

274.     Attached hereto as **Exhibit 273** is a true and correct copy of excerpts from the transcript of the December 17, 2021 deposition Matthew Adams, as a designee on behalf of Pegasystems, taken pursuant to Fed. R. Civ. P. 30(b)(6) in this case.

275.     Attached hereto as **Exhibit 274** is a true and correct copy of the document bearing beginning Bates number PEGA00073983 produced by Pegasystems in this case.

276.     Attached hereto as **Exhibit 275** is a true and correct copy of the document bearing beginning Bates number APPN00017525 produced by Appian in this case.

277.     Attached hereto as **Exhibit 276** is a true and correct copy of the document bearing beginning Bates number APPN00005535 produced by Appian in this case.

278.     Attached hereto as **Exhibit 277** is a true and correct copy of the document bearing beginning Bates number APPN00016274 produced by Appian in this case.

279.     Attached hereto as **Exhibit 278** is a true and correct copy of the document bearing beginning Bates number APPN00016040 produced by Appian in this case.

280.     Attached hereto as **Exhibit 279** is a true and correct copy of the document bearing beginning Bates number APPN00005892 produced by Appian in this case.

281.     Attached hereto as **Exhibit 280** is a true and correct copy of the document bearing beginning Bates number APPN00016246 produced by Appian in this case.

282.     Attached hereto as **Exhibit 281** is a true and correct copy of the document bearing beginning Bates number APPN00019785 produced by Appian in this case.

283.     Attached hereto as **Exhibit 282** is a true and correct copy of the document bearing beginning Bates number APPN00019787 produced by Appian in this case.

284.     Attached hereto as **Exhibit 283** is a true and correct copy of the document bearing beginning Bates number APPN00005566 produced by Appian in this case.

285.     Attached hereto as **Exhibit 284** is a true and correct copy of the document bearing beginning Bates number APPN00019800 produced by Appian in this case.

286.     Attached hereto as **Exhibit 285** is a true and correct copy of the document bearing beginning Bates number APPN00005585 produced by Appian in this case.

287.     Attached hereto as **Exhibit 286** is a true and correct copy of the document bearing beginning Bates number APPN00020071 produced by Appian in this case.

288.     Attached hereto as **Exhibit 287** is a true and correct copy of the document bearing beginning Bates number APPN00005556 produced by Appian in this case.

289.     Attached hereto as **Exhibit 288** is a true and correct copy of the document bearing beginning Bates number PEGA00104926 produced by Pegasystems in this case.

290.     Attached hereto as **Exhibit 289** is a true and correct copy of the document bearing beginning Bates number APPN00019721 produced by Appian in this case.

291.     Attached hereto as **Exhibit 290** is a true and correct copy of the document bearing beginning Bates number APPN00019723 produced by Appian in this case.

292.     Attached hereto as **Exhibit 291** is a true and correct copy of the document bearing beginning Bates number APPN00020105 produced by Appian in this case.

293.     Attached hereto as **Exhibit 292** is a true and correct copy of the document bearing beginning Bates number APPN00005594 produced by Appian in this case.

294.     Attached hereto as **Exhibit 293** is a true and correct copy of the document bearing beginning Bates number APPN00005597 produced by Appian in this case.

295.     Attached hereto as **Exhibit 294** is a true and correct copy of the document bearing beginning Bates number APPN00005600 produced by Appian in this case.

296.     Attached hereto as **Exhibit 295** is a true and correct copy of the document bearing beginning Bates number APPN00005602 produced by Appian in this case.

297.     Attached hereto as **Exhibit 296** is a true and correct copy of the document bearing beginning Bates number APPN00005615 produced by Appian in this case.

298.     Attached hereto as **Exhibit 297** is a true and correct copy of the document bearing beginning Bates number APPN00016470 produced by Appian in this case.

299.     Attached hereto as **Exhibit 298** is a true and correct copy of the document bearing beginning Bates number APPN00020106 produced by Appian in this case.

300.     Attached hereto as **Exhibit 299** is a true and correct copy of the document bearing beginning Bates number APPN00128278 produced by Appian in this case.

301.     Attached hereto as **Exhibit 300** is a true and correct copy of the document bearing beginning Bates number APPN00128276 produced by Appian in this case.

302.     Attached hereto as **Exhibit 301** is a true and correct copy of the document bearing beginning Bates number APPN00128285 produced by Appian in this case.

303.     Attached hereto as **Exhibit 302** is a true and correct copy of the document bearing beginning Bates number APPN00128300 produced by Appian in this case.

304.     Attached hereto as **Exhibit 303** is a true and correct copy of the document bearing beginning Bates number APPN00128302 produced by Appian in this case.

305.     Attached hereto as **Exhibit 304** is a true and correct copy of the document bearing beginning Bates number APPN00128307 produced by Appian in this case.

306.     Attached hereto as **Exhibit 305** is a true and correct copy of the document bearing beginning Bates number APPN00128312 produced by Appian in this case.

307.    Attached hereto as **Exhibit 306** is a true and correct copy of the document bearing beginning Bates number APPN00128534 produced by Appian in this case.

308.    Attached hereto as **Exhibit 307** is a true and correct copy of the document bearing beginning Bates number APPN00019935 produced by Appian in this case.

309.    Attached hereto as **Exhibit 308** is a true and correct copy of the document bearing beginning Bates number PEGA00065280 produced by Pegasystems in this case.

310.    Attached hereto as **Exhibit 309** is a true and correct copy of the document bearing beginning Bates number PEGA00065288 produced by Pegasystems in this case.

311.    Attached hereto as **Exhibit 310** is a true and correct copy of the document bearing beginning Bates number CATON-MA-FED00006500 produced in this case.

312.    Attached hereto as **Exhibit 311** is a true and correct copy of the document bearing beginning Bates number PEGA00009813 produced by Pegasystems in this case.

313.    Attached hereto as **Exhibit 312** is a true and correct copy of the document bearing beginning Bates number PEGA00009885 produced by Pegasystems in this case.

314.    Attached hereto as **Exhibit 313** is a true and correct copy of the document bearing beginning Bates number APPN00021718 produced by Appian in this case.

315.    Attached hereto as **Exhibit 314** is a true and correct copy of the document bearing beginning Bates number APPN00021726 produced by Appian in this case.

316.    Attached hereto as **Exhibit 315** is a true and correct copy of the document bearing beginning Bates number PEGA00073847 produced by Pegasystems in this case.

317.    Attached hereto as **Exhibit 316** is a true and correct copy of the document bearing beginning Bates number GNW0290 produced in this case.

318.    Attached hereto as **Exhibit 317** is a true and correct copy of the document bearing beginning Bates number GNW0137 produced in this case.

319.    Attached hereto as **Exhibit 318** is a true and correct copy of the document bearing beginning Bates number GNW0009 produced in this case.

320.    Attached hereto as **Exhibit 319** is a true and correct copy of the document bearing beginning Bates number PEGA00083032 produced by Pegasystems in this case.

321.    Attached hereto as **Exhibit 320** is a true and correct copy of excerpts from transcript of the December 15, 2021 deposition of Rew Dickinson in this case.

322.    Attached hereto as **Exhibit 321** is a true and correct copy of the document bearing beginning Bates number PEGA00107426 produced by Pegasystems in this case.

323.    Attached hereto as **Exhibit 322** is a true and correct copy of the document bearing beginning Bates number APPN00022261 produced by Appian in this case.

324.    Attached hereto as **Exhibit 323** is a true and correct copy of the document bearing beginning Bates number PEGA00003031 produced by Pegasystems in this case.

325.    Attached hereto as **Exhibit 324** is a true and correct copy of the document bearing beginning Bates number PEGA00085274 produced by Pegasystems in this case.

326.    Attached hereto as **Exhibit 325** is a true and correct copy of the document bearing beginning Bates number APPN00021411 produced by Appian in this case.

327.    Attached hereto as **Exhibit 326** is a true and correct copy of the document bearing beginning Bates number APPN00021409 produced by Appian in this case.

328.    Attached hereto as **Exhibit 327** is a true and correct copy of the document bearing beginning Bates number PEGA00107374 produced by Pegasystems in this case.

329.     Attached hereto as **Exhibit 328** is a true and correct copy of the document bearing beginning Bates number PEGA00083402 produced by Pegasystems in this case.

330.     Attached hereto as **Exhibit 329** is a true and correct copy of the document bearing beginning Bates number PEGA00074854 produced by Pegasystems in this case.

331.     Attached hereto as **Exhibit 330** is a true and correct copy of the document bearing beginning Bates number PEGA00074853 produced by Pegasystems in this case.

332.     Attached hereto as **Exhibit 331** is a true and correct copy of the document bearing beginning Bates number PEGA00011360 produced by Pegasystems in this case.

333.     Attached hereto as **Exhibit 332** is a true and correct copy of the document bearing beginning Bates number PEGA00011493 produced by Pegasystems in this case.

334.     Attached hereto as **Exhibit 333** is a true and correct copy of the document bearing beginning Bates number APPN00005548 produced by Appian in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:     New York, New York
           May 6, 2022

                             /s/ Adeel A. Mangi
                             Adeel A. Mangi

## <u>CERTIFICATE OF SERVICE</u>

I, Adeel A. Mangi, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Adeel A. Mangi
Adeel A. Mangi