# **EXHIBIT 149**

| URL | Members who clicked on the link share in the posts |
|---|---:|
| https://www.linkedin.com/posts/tomlibretto_cambridge-tech-company-can-continue-lawsuit-activity-6609914704791949312-PrGG/ | 774 |
| https://www.linkedin.com/posts/leontrefler_cambridge-tech-company-can-continue-lawsuit-activity-6610672514509086720-YItH/ | 3 |
| https://www.linkedin.com/posts/anilkumarmishra_cambridge-tech-company-can-continue-lawsuit-activity-6610397009780273153-BMLP/ | 0 |
| https://www.linkedin.com/posts/robbertteriele_cambridge-tech-company-can-continue-lawsuit-activity-6610471973967454209-o-RL/ | 11 |
| https://www.linkedin.com/posts/jamesalderson2006_cambridge-tech-company-can-continue-lawsuit-activity-6610241791549550592-ZA12/ | 0 |
| https://www.linkedin.com/posts/chuck-strahlendorff-7b8736_cambridge-tech-company-can-continue-lawsuit-activity-6610242555860828160-dodP | 2 |
| https://www.linkedin.com/posts/tonycastelli_cambridge-tech-company-can-continue-lawsuit-activity-6610241286089822208-lbtc/ | 0 |
| https://www.linkedin.com/posts/chris-young-38604b17_cambridge-tech-company-can-continue-lawsuit-activity-6610461979964518400-xX7l/ | 1 |

| Re-share URL | published_time | impressions | member_clicks | visibility | comments | Likes / Reactions Complete Response |
|---|---|---|---|---|---|---|
| https://www.linkedin.com/feed/update/urn:li:activity:6610241760570458112/ | 2019-12-10 19:00:47.000 UTC | 84 | 0 | PUBLIC | 0 | 2 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610244255162122240/ | 2019-12-10 19:10:42.000 UTC | 87 | 2 | PUBLIC | 0 | 0 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610241310693617665/ | 2019-12-10 18:59:00.000 UTC | 1 | 0 | PUBLIC | 0 | 0 |
| https://www.linkedin.com/feed/update/urn:li:activity:6613897018525962240/ | 2019-12-20 21:05:29.000 UTC | 17 | 0 | PUBLIC | 0 | 0 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610243647646547968/ | 2019-12-10 19:08:17.000 UTC | 103 | 0 | PUBLIC | 0 | 2 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610251547710418944/ | 2019-12-10 19:39:41.000 UTC | 55 | 0 | PUBLIC | 0 | 1 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610934213405364224/ | 2019-12-12 16:52:21.000 UTC | 5 | 0 | PUBLIC | 0 | 0 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610509600502362112 | 2019-12-11 12:45:05.000 UTC | 165 | 3 | PUBLIC | 0 | 3 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610306237911318528/ | 2019-12-10 23:17:00.000 UTC | 15 | 0 | PUBLIC | 0 | 0 |
| https://www.linkedin.com/feed/update/urn:li:activity:6612079445199118336/ | 2019-12-15 20:43:06.000 UTC | 168 | 5 | PUBLIC | 0 | 1 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610266858929123328/ | 2019-12-10 20:40:31.000 UTC | 37 | 1 | PUBLIC | Post Not available | |
| https://www.linkedin.com/feed/update/urn:li:activity:6610261791761055744/ | 2019-12-10 20:20:23.000 UTC | 3 | 0 | PUBLIC | 0 | 0 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610252103149510656/ | 2019-12-10 19:41:53.000 UTC | 105 | 1 | PUBLIC | 0 | 1 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610891808547442688/ | 2019-12-12 14:03:51.000 UTC | 33 | 0 | PUBLIC | 0 | 0 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610549220602707968/ | 2019-12-11 15:22:32.000 UTC | 55 | 0 | PUBLIC | 0 | 2 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610254644977430528/ | 2019-12-10 19:51:59.000 UTC | 105 | 1 | PUBLIC | 0 | 4 |
| https://www.linkedin.com/feed/update/urn:li:activity:6611149030267371520/ | 2019-12-13 07:05:57.000 UTC | 28 | 0 | PUBLIC | 0 | 0 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610225802170687488/ | 2019-12-10 17:57:23.000 UTC | 18 | 0 | PUBLIC | 0 | 0 |
| https://www.linkedin.com/feed/update/urn:li:activity:6612177315403264000/ | 2019-12-16 03:12:00.000 UTC | 47 | 0 | PUBLIC | 0 | 0 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610243200642760704/ | 2019-12-10 19:06:31.000 UTC | 35 | 1 | PUBLIC | 0 | 1 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610245337623904256/ | 2019-12-10 19:15:00.000 UTC | 52 | 0 | PUBLIC | 0 | 1 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610493627716124672/ | 2019-12-11 11:41:37.000 UTC | 44 | 1 | PUBLIC | 0 | 0 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610294000152907776/ | 2019-12-10 22:28:22.000 UTC | 11 | 0 | PUBLIC | 0 | 0 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610278208560525312/ | 2019-12-10 21:25:37.000 UTC | 24 | 0 | PUBLIC | 0 | 0 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610246995284156417/ | 2019-12-10 19:21:36.000 UTC | 54 | 1 | PUBLIC | 0 | 0 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610267646250274816/ | 2019-12-10 20:43:39.000 UTC | 153 | 1 | PUBLIC | 0 | 2 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610080987982413824/ | 2019-12-10 08:21:56.000 UTC | 295 | 7 | PUBLIC | 1 | 5/3 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610257977175793664/ | 2019-12-10 20:05:14.000 UTC | 182 | 0 | PUBLIC | 0 | 0 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610241740345528321/ | 2019-12-10 19:00:43.000 UTC | 65 | 2 | PUBLIC | 0 | 1 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610247587977134080/ | 2019-12-10 19:23:57.000 UTC | 38 | 1 | PUBLIC | 0 | 1 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610281974835879936/ | 2019-12-10 21:40:35.000 UTC | 45 | 0 | PUBLIC | 0 | 0 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610265569356759040/ | 2019-12-10 20:35:24.000 UTC | 44 | 1 | PUBLIC | 0 | 1 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610442543526105089/ | 2019-12-11 08:18:38.000 UTC | 63 | 0 | PUBLIC | 0 | 0 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610248700449079296/ | 2019-12-10 19:28:22.000 UTC | 30 | 0 | PUBLIC | 0 | 0 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610347270799929344/ | 2019-12-11 02:00:03.000 UTC | 30 | 0 | PUBLIC | 0 | 0 |
| https://www.linkedin.com/feed/update/urn:li:activity:6623930921244594176/ | 2020-01-17 13:36:38.000 UTC | 22 | 0 | PUBLIC | 0 | 0 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610241382864994305/ | 2019-12-10 18:59:17.000 UTC | 164 | 1 | PUBLIC | 0 | 3/1 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610241286089822208/ | 2019-12-10 18:58:54.000 UTC | 100 | 1 | PUBLIC | 0 | 2 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610427573279305728/ | 2019-12-11 07:19:09.000 UTC | 12 | 0 | PUBLIC | 0 | 0 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610646345533407232/ | 2019-12-11 21:48:28.000 UTC | 170 | 1 | PUBLIC | 1 | 1 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610672514509086720/ | 2019-12-11 23:32:27.000 UTC | 361 | 4 | PUBLIC | 1 | 13 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610644927116308480/ | 2019-12-11 21:42:50.000 UTC | 24 | 0 | PUBLIC | 0 | 1 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610241726428831744/ | 2019-12-10 19:00:39.000 UTC | 70 | 0 | PUBLIC | 0 | 2 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610247434067030017/ | 2019-12-10 19:23:20.000 UTC | 33 | 0 | PUBLIC | 0 | 0 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610283030437249024/ | 2019-12-10 21:44:47.000 UTC | 177 | 2 | PUBLIC | 0 | 2 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610419732661194752/ | 2019-12-11 06:47:59.000 UTC | 52 | 0 | PUBLIC | 0 | 0 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610246467317755905/ | 2019-12-10 19:19:30.000 UTC | 48 | 1 | PUBLIC | 0 | 0 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610248376481046528/ | 2019-12-10 19:27:05.000 UTC | 41 | 1 | PUBLIC | 0 | 1 |

| Re-share URL | published_time | impressions | member_clicks | visibility | comments | Likes / Reactions Complete Response |
|---|---|---|---|---|---|---|
| https://www.linkedin.com/feed/update/urn:li:activity:6610243000184434689/ | 2019-12-10 19:05:43.000 UTC | 27 | 0 | PUBLIC | 0 | 0 |
| https://www.linkedin.com/feed/update/urn:li:activity:6609931364970090497/ | 2019-12-09 22:27:23.000 UTC | 41 | 0 | PUBLIC | 0 | 0 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610397009780273153/ | 2019-12-11 05:17:42.000 UTC | 16 | 0 | PUBLIC | 0 | 0 |
| https://www.linkedin.com/feed/update/urn:li:activity:6609940951999885312/ | 2019-12-09 23:05:29.000 UTC | 215 | 2 | PUBLIC | 0 | 4 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610241791549550592/ | 2019-12-10 19:00:55.000 UTC | 54 | 0 | PUBLIC | 0 | 0 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610510656221302784/ | 2019-12-11 12:49:17.000 UTC | 47 | 0 | PUBLIC | 0 | 0 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610265442118438912/ | 2019-12-10 20:34:54.000 UTC | 99 | 4 | PUBLIC | 1 | 0 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610243648921624576/ | 2019-12-10 19:08:18.000 UTC | 313 | 9 | PUBLIC | 1 | 7/1 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610256172110925824/ | 2019-12-10 19:58:03.000 UTC | 20 | 0 | PUBLIC | 0 | 0 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610242555860828160/ | 2019-12-10 19:03:57.000 UTC | 138 | 3 | PUBLIC | 0 | 5 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610246284810952705/ | 2019-12-10 19:18:46.000 UTC | 76 | 0 | PUBLIC | 0 | 1 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610254710559563776/ | 2019-12-10 19:52:15.000 UTC | 43 | 0 | PUBLIC | 0 | 0 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610381173413773312/ | 2019-12-11 04:14:46.000 UTC | 78 | 0 | PUBLIC | 0 | 1 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610267162433200129/ | 2019-12-10 20:41:44.000 UTC | 122 | 2 | PUBLIC | 0 | 2 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610131207235731456/ | 2019-12-10 11:41:30.000 UTC | 38 | 0 | PUBLIC | 0 | 0 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610269148327006208/ | 2019-12-10 20:49:37.000 UTC | 21 | 0 | PUBLIC | 0 | 1 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610255137602584576/ | 2019-12-10 19:53:57.000 UTC | 65 | 1 | PUBLIC | 0 | 1 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610243164596957186/ | 2019-12-10 19:06:22.000 UTC | 3 | 0 | PUBLIC | 0 | 0 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610252040587272193/ | 2019-12-10 19:41:38.000 UTC | 53 | 0 | PUBLIC | 0 | 0 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610241368075878401/ | 2019-12-10 18:59:14.000 UTC | 10 | 0 | PUBLIC | 0 | 0 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610300608496840704/ | 2019-12-10 22:54:38.000 UTC | 35 | 0 | PUBLIC | 0 | 0 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610305447805104128/ | 2019-12-10 23:13:52.000 UTC | 37 | 0 | PUBLIC | 0 | 0 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610259075844452352/ | 2019-12-10 20:09:36.000 UTC | 56 | 0 | PUBLIC | 0 | 1 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610319305160572928/ | 2019-12-11 00:08:56.000 UTC | 31 | 0 | PUBLIC | 0 | 0 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610299466828382208/ | 2019-12-10 22:50:06.000 UTC | 29 | 0 | PUBLIC | 0 | 0 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610461979964518400/ | 2019-12-11 09:35:52.000 UTC | 52 | 1 | PUBLIC | 0 | 0 |
| https://www.linkedin.com/feed/update/urn:li:activity:6610317996046987264/ | 2019-12-11 00:03:43.000 UTC | 153 | 1 | PUBLIC | 0 | 1 |