UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Pegasystems Inc.,
Plaintiff

v.   CIVIL ACTION
     NO. 1:19CV11461-PBS

Appian Corporation et al.,
Defendants

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE PATTI B. SARIS

[ ]  The parties have informed the court that they wish to withdraw their request for ADR at this time because they have settled the case on their own.

[ X ]  On  August 17, 2022,  I held the following ADR proceedings:

| _____ SCREENING CONFERENCE | _____ EARLY NEUTRAL EVALUATION |
| _____ FOLLOWUP CONFERENCE | _____ SUMMARY BENCH / JURY TRIAL |
| _____ MINI-TRIAL | __X__ MEDIATION |

[ ]  All parties were represented by counsel.
[ ]  The parties were either present in person or represented by counsel.

The case was:
[ ]  Settled.
[ ]  There was significant progress.
[ X ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.
[ ]  Suggested strategy to facilitate settlement: await further word from the parties.
[ ]  Other:

 August 17, 2022                    /s/ Kenneth P. Neiman
DATE                                ADR Provider
                                    KENNETH P. NEIMAN, U.S. Magistrate Judge